UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

**Acknowledged**
TWP
December 4, 2024

| | |
|---|---|
| MARK EVAN SPROLES, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-00431-TWP-KMB |
| | ) |
| MARK BRIDGE, in his individual and | ) |
| official capacities; et al., | ) |
|     Defendants. | ) |

## STIPULATION OF DISMISSAL AS TO DEFENDANTS ALLEN AND FENNIG

The Parties, by their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), submit this Stipulation of Dismissal as to Defendants Allen and Fennig and, in support thereof, state as follows:

The Parties stipulate to the dismissal of Defendants Ronald Allen and Jon Fennig in this cause, with prejudice, each party to bear their own costs and fees. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff's claims against Defendants Allen and Fennig are dismissed and no further Order is required of the Court.

Respectfully submitted,

/s/ Thomas S. Bowman
Thomas S. Bowman, #30532-64
*Counsel for Plaintiff*

/s/ Erica L. Sawyer
Erica L. Sawyer, #35243-49
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed using the Court's electronic filing system and served upon the following individuals via e-filing:

Erica L. Sawyer
*Counsel for Defendants*

/s/ Thomas S. Bowman
Thomas S. Bowman

ALLEN WELLMAN HARVEY KEYES COOLEY, LLP
Five Courthouse Plaza
Greenfield, Indiana 46140
(317) 462-3455; Fax (317) 467-6109
dew@awhkc.com
tsb@awhkc.com