EXHIBIT P

# In the Matter Of:

*MARK EVAN SPROLES*

*-v-*

*MARK BRIDGE, ET AL.*

_____

## Randy W. Aspenson

*September 18, 2024*

_____



**StewartRichardson**

DEPOSITION SERVICES

800.869.0873 | www.StewartRichardson.com

*Reporting Driven by Excellence — Since 1975*

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | VALPARAISO

EXHIBIT P

1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF INDIANA
2                 INDIANAPOLIS DIVISION

3

4

   MARK EVAN SPROLES,              )
5                                  )
                  Plaintiff,       )
6                                  )
        -v-                        )    CASE NO.
7                                  )    1:23-cv-00431-TWP-KMB
   MARK BRIDGE, in his             )
8  individual and official        )
   capacities, et al.,            )
9                                  )
                  Defendants.      )
10

11

12

13         The deposition upon oral examination of RANDY W.

14  ASPENSON, a witness produced via Zoom videoconference

15  and sworn before me, Marlana M. Haig, RPR, CRI, Notary

16  Public in and for the County of Marion, State of

17  Indiana, taken on behalf of the Plaintiff at the

18  offices of Stewart Richardson & Associates, One

19  Indiana Square, Suite 2425, Indianapolis, Marion

20  County, Indiana on September 18, 2024, at 9:46 a.m.,

21  pursuant to the Federal Rules of Civil Procedure.

22

23

24              STEWART RICHARDSON & ASSOCIATES
                Registered Professional Reporters
25                    (800) 869-0873

```
 1                        APPEARANCES:

 2

    FOR THE PLAINTIFF:
 3
       Thomas S. Bowman, Esq.
 4     ALLEN WELLMAN HARVEY KEYES COOLEY, LLP
       Five Courthouse Plaza
 5     P.O. Box 455
       Greenfield, IN 46140
 6     tsb@awhkc.com

 7
    FOR THE DEFENDANTS:
 8
       Katherine A. Meltzer, Esq.
 9     OFFICE OF THE INDIANA ATTORNEY GENERAL
       IGCS - Fifth Floor
10     302 W. Washington Street
       Indianapolis, IN 46204
11     katherine.meltzer@atg.in.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        INDEX OF EXAMINATION

 2

 3    EXAMINATION                                        PAGE

 4    DIRECT EXAMINATION

 5    By Mr. Bowman:                                      4

 6    CROSS-EXAMINATION

 7    By Ms. Meltzer:                                    48

 8

 9

10

11

12                  INDEX OF PLAINTIFF'S EXHIBITS

13     NUM.                  DESCRIPTION              PAGE

14    Exhibit 41      Aspenson Report                  35

15    Exhibit 42      April 21, 2022 E-mail            37

16

17

18

19

20

21

22

23

24

25
```

1          THE REPORTER:  My name is Marlana Haig, an

2     associate of Stewart Richardson & Associates, One

3     Indiana Square, Suite 2425, Indianapolis, Indiana.

4     Today's date is September 18, 2024.  The time is 9:46

5     a.m. EST.

6          This is the case of Mark Evan Sproles v. Mark

7     Bridge, et al., Cause No. 1:23-cv-00431-TWP-KMB, held

8     in the United States District Court, Southern District

9     of Indiana, Indianapolis Division.

10          All parties except the deponent are present in

11     person in Indianapolis, Indiana.  The deponent, Randy

12     Aspenson, is appearing via Zoom videoconference.

13          Will counsel please identify themselves and any

14     persons present with you for the record.

15          MR. BOWMAN:  Tom Bowman on behalf of Plaintiff.

16          MS. MELTZER:  Katherine Meltzer on behalf of

17     defense.

18                    RANDY W. ASPENSON,

19     called as a witness by the Plaintiff, having been

20     first duly sworn, was examined and testified as

21     follows:

22     DIRECT EXAMINATION

23     BY MR. BOWMAN:

24     Q Can you please state your name.

25     A Randy Aspenson.

1  Q And what is your date of birth?

2  A 12-21-1957.

3  Q Have you ever had your deposition taken before?

4  A Yes.

5  Q In what context?

6  A The cases I worked as a police officer, so it would

7    have been various cases.

8  Q Okay.  So would they all have been criminal?

9  A Yes.

10 Q Okay.  Have you ever testified in court before?

11 A Yes.

12 Q Again, would that all be criminal?

13 A Yes.

14 Q Okay.  About how many times have you had your

15   deposition taken?

16 A Counselor, I've been retired since 2006, so it would

17   be numerous.

18 Q Okay.

19 A Many times.  I was very active as a police officer.

20 Q All right.  So you are probably pretty familiar with

21   how this will work today.  My name is Tom Bowman.  Our

22   office, we represent Mark Evan Sproles in the cases

23   filed in federal and state court.

24     I'll be asking questions today.  You'll be

25   answering those questions.  I'd appreciate that if a

```
 1    question calls for a yes or a no, you say yes instead
 2    of nodding your head or saying no instead of shaking
 3    your head.  That will help the court reporter make
 4    sure that she gets down everything.
 5  A Sure.
 6  Q We are doing this virtually over Zoom, so if you ever
 7    don't understand me or if the connection breaks up,
 8    just let me know, and I can reask the question or ask
 9    it a different way.  Fair enough?
10  A Yes, sir.
11  Q Any questions you do answer, we will take that to mean
12    that you understood the question; is that fair?
13  A Yes.
14  Q And then if you ever do need to take a break, just let
15    me know.  If there's a question pending, I ask that
16    that question be answered, and then we can take a
17    short break.
18  A Okay.
19  Q Where are you joining us from today?
20  A Oh, I came from home, so I'm at the Academy.
21  Q So you're at ILEA?
22  A Yes.
23  Q Is there any reason you wouldn't be able to give your
24    best answers to the questions today?
25  A No.  Again, I may have to ask you to repeat yourself,
```

1    but no, there's no reason.

2  Q Are you on any medications?

3  A No.

4  Q Are there any impairments to your memory?

5  A No.

6  Q Did you do anything to prepare for your deposition?

7  A Just read the report.

8  Q Which report?

9  A Mine.

10 Q Okay.  Did you read anyone else's?  Any of the

11   codefendants' statements, did you read those?

12 A Not recent, no, I haven't.

13 Q Did you talk with anyone to get ready for today?

14 A Okay.  I've got to ask a question already.  Is this

15   Erica or Kate sitting there?

16        MS. MELTZER:  This is Kate.

17        THE WITNESS:  Kate.

18 A I talked to Kate yesterday.

19        THE WITNESS:  Sorry, when you introduced

20   yourself, I couldn't hear it.  Nice to meet you.

21        MS. MELTZER:  Nice to meet you.

22 BY MR. BOWMAN:

23 Q As of April 2022, were you employed?

24 A Yes, sir.

25 Q Where at?

1  A Here at the Indiana Law Enforcement Academy.

2  Q And what's your position?

3  A It was at that time -- well, I've always been a law

4    enforcement training specialist here, and I had

5    various duties.

6  Q Did you teach any particular classes?

7  A Yes.

8  Q Which ones?

9  A I was the OIC of the STOPS program, strategies and

10   tactics of patrol stops; active shooter, that was my

11   program; ethics I took over sometime back then, I'm

12   not sure exactly when; interviewing and interrogation,

13   that was my program.  I was the lead drill instructor

14   for nine years here, and I believe I was still -- no,

15   wait a minute.  That was two years ago.  It would be

16   cutting it close.  I might not have been the lead

17   then.  I can't remember.

18 Q Okay.  Do you know if ILEA had drill instructors in

19   2022?

20 A Can you tell me -- okay.  I have to ask a question to

21   put this in context.  What class number was Mark

22   Sproles in?

23 Q 226.

24 A Yes, there were still instructors, but I was no longer

25   the lead.  My last class as lead drill instructor was

```
 1    223.
 2  Q Do you know who would have been the drill instructor
 3    in 226?
 4  A I believe Lieutenant Mike Brown.  Now, we were drill
 5    instructors still, but -- how do I want to put that?
 6    They still had drill instructors, but they weren't
 7    like when I was still doing it up to 223.  They were
 8    no longer the black utilities, the black campaign
 9    covers, nothing like that.
10  Q Okay.
11  A The uniform had changed.  It was a bit more subdued.
12    They were more like counselors.
13  Q Okay.  When did you retire from ILEA?
14  A Just now.  September 1st this year was my severance
15    date.
16  Q And how long had you worked at ILEA?
17  A If I would have stayed 'til this November 1st, that
18    would have been 14 years to the day.
19  Q Okay.  Were you employed before working at ILEA?
20  A Yes.
21  Q Where at?
22  A The four and a half years prior to that, I had left
23    Columbus PD and went upstairs and worked at the
24    planning department for four and a half years.  And
25    prior to that obviously I did 24 years downstairs with
```

1    Columbus PD.  Prior to that, six years with the United

2    States Marine Corps.

3 Q And do you have a son that works at the Bartholomew

4    County Sheriff's Department?

5 A Yes, I do.

6 Q Okay.  What's his first name?

7 A Jarod, J-a-r-o-d.

8 Q And at some point did you graduate from ILEA?

9 A Did I?

10 Q Correct.

11 A Yes, class number 70 back in 1982.  That dates me a

12    bit, I understand.

13 Q So the cases filed by Mark Evan Sproles, is it fair to

14    say they involve a writing assignment, a staff review

15    board and the aftermath of those things?

16 A Yes.

17 Q The plaintiff's full name, it's Mark Evan Sproles.

18    What would you call him?

19 A Basic Sproles.

20 Q Sproles, okay.  And the review board, did you call it

21    a review board, or did you call it something else?

22 A I don't think there was -- you could call it a review

23    board, disciplinary board.  It was probably called

24    numerous things.

25 Q Okay.  How did you become aware that there were

1    allegations against Mark?

2  A The morning of April 15th.

3  Q Okay.

4  A I remember that easily enough because it was 40 years

5    to the day from the first shift I ever served as a

6    police officer, about 7:30 in the morning.  Lieutenant

7    Mike Brown made me aware of what was going on.  He was

8    receiving a complaint from Basic Sproles' roommate.

9    Basic Stahl, I think his name was.

10 Q And were you present when Stahl went to Brown?

11 A I don't remember if I was there for all of it.  I

12   can't recall all of that.

13 Q Okay.

14 A But I just remember Lieutenant Brown bringing it to my

15   attention, saying that we've got a problem and we're

16   probably going to end up having a hearing over the

17   matter.

18 Q And at that time, did you have an understanding for

19   what the problem was?

20 A Yes.  It was essentially that Sproles, Basic

21   Sproles -- I'll call him Sproles to shorten things up

22   here.

23 Q Okay.

24 A Sproles had obtained his roommate's DUI report writing

25   assignments and basically plagiarized them, used them

1    to take a shortcut to do his work.

2  Q Was anyone else present when you learned these things

3    from Brown?

4  A Two and a half years ago, Counselor.  I really don't

5    recall.

6  Q That's okay.  At that time, did you have an

7    understanding of if Stahl had compared the writing

8    assignments?

9  A Compared them?

10 Q Right.

11 A No, I just -- no.  What I understood was that Stahl

12   was reporting that Sproles had taken them without his

13   permission.

14 Q Okay.

15 A Taken them from inside of a desk.

16 Q Okay.

17 A And used them.  That's what I understood.

18 Q And then you were a part of the review board; correct?

19 A Yes, sir.

20 Q From when you learned about this from Brown to when

21   the review board took place, did you do any

22   preliminary investigation?

23 A No.

24 Q Did you look at the writing assignments yourself

25   before the review board took place?

1    A If I recall, I looked at them, yes.

2    Q Okay.  Did you draw any conclusions after looking at

3      them?

4    A Looked very similar.

5    Q Did you believe that Sproles had committed plagiarism?

6    A Probably, but we -- that's why we have hearings and

7      investigations.  We don't come to conclusions until we

8      look into everything.

9    Q So before the review board, was it your

10     understanding -- tell me if I'm wrong.  Was it your

11     understanding that Sproles and this other student

12     copied off of each other or that Sproles had only

13     copied off the other student?

14   A That Sproles had only copied off the other student's.

15   Q Okay.  Before the review board, did you have an

16     understanding for how Sproles used the other student's

17     report?

18   A I don't know how to put that into exact words, but in

19     his own testimony to us, it was -- he was taking a

20     shortcut.

21   Q So I'm asking before the review board.  Based off of

22     what you looked at, did you have any understanding of

23     how he used it?

24   A No.  I assumed he just looked at it and copied it.

25   Q And I'm going to jump ahead because of what you just

```
 1      said.  You said it was Mark's own words that he took a

 2      shortcut?

 3   A Yes.

 4   Q Was that a word that he used, or did somebody else use

 5      that word and he responded?

 6   A Let me refer back to my report here.  Basic Sproles

 7      stated it was not his intention to do anything wrong

 8      but also admitted he was using a shortcut to complete

 9      his work.

10   Q Okay.  So --

11   A He said he was using it at a shortcut.

12   Q So from your memory, though, was that him saying that

13      word, or did somebody else use that word and he

14      agreed?

15   A That was him saying it.

16   Q Okay.  Prior to becoming aware of this allegation, did

17      you have any knowledge of the writing assignment

18      itself?

19   A No.  That's Lieutenant Lahay's program.  I'm very

20      distant from that.

21   Q So you didn't know any of the instructions?

22   A No.  No, I did not.

23   Q You hadn't seen the PowerPoint for that class where

24      the writing assignment was assigned?

25   A No.  No, sir, had not.
```

1  Q From when you were made aware of the allegation to

2    when the review board started, did you talk to Mark at

3    all?

4  A Not that I recall.

5  Q Is there anything else about the events leading up to

6    the review board that you remember?

7  A No.  No, sir.  Pretty cut and dry.

8  Q Before Mark's review board, had you been a member of

9    any other review boards?

10 A Many.

11 Q Do you have an idea for about how many?

12 A Oh, I -- again, that was -- I guess I was at my

13   12-year mark by that time.  How many we would have

14   had -- I don't know.  It would be numerous, again.

15   Quite a few.

16 Q Okay.  Quite a few, is that more than 10?

17 A More than 10?  Absolutely.

18 Q Okay.  More than 20?

19 A Yes.

20 Q More than 30?

21 A Probably.

22 Q Okay.

23 A It's possible.

24 Q To your memory, did any of those other review boards

25   involve the same allegations that were against Mark?

1    A Any of those other boards?

2    Q Yes.

3    A Prior to that one?

4    Q Right.

5    A No.

6    Q Okay.  And what is it that Mark was alleged to have

7      done?

8    A Plagiarism of -- basically cheating.

9    Q Have you ever been in charge during a student's review

10     board?

11   A No.  That's always Captain Bridge or it was someone

12     like a senior lieutenant, like Lieutenant Moore when

13     Captain Bridge was not present.

14   Q Okay.  At what point does a review board start?

15   A I'm not sure I understand how you mean that.

16   Q Does a review board start when the board is convened

17     or when the student walks in?

18   A When the board convenes.  We will pass around reports,

19     look at them, and ask does anybody have any questions

20     or anything before we go get the basic student and

21     bring them in.  That's common procedure.

22   Q Okay.  So is that when the review board starts?

23   A Yes.  Once the student actually comes in, especially

24     now because that was changed.  Now it's electronically

25     recorded, but years ago it wasn't.

1    Q I don't want to know about changes, but with Mark's

2      situation, I understand that was not recorded;

3      correct?

4    A You said not recorded?

5    Q Right.

6    A I -- I wish I could remember.  I don't know.  I don't

7      think it was recorded.

8    Q Okay.  So my question is about the procedure with

9      Mark's review board.  Did it start when the board

10     members convened or when he walked in?

11   A I don't know how to answer that honestly.  There's a

12     prepart to it when we sit down and make sure everyone

13     is aware why we're in the room, and then we bring the

14     student in, and we actually begin the hearing, and we

15     call it a disciplinary hearing, review board, whatever

16     you want to call it.

17   Q So do you recall for Mark's situation what information

18     was shared before he got in the room?

19   A No, I don't remember everything, but just the fact

20     that he had taken a report from a desk and plagiarized

21     it and used it for his own gain.  Pretty basic.

22   Q And that was discussed before he got in the room?

23   A I'm sure it was, yes.

24   Q So before he comes in the room, what was your

25     understanding for how he plagiarized?

1  A That he took Rucker's report and plagiarized it, that
2    he took it and used it for his own report.
3  Q How did he use it?
4  A I wasn't there.  I just know he took it physically out
5    of the desk, and he would had to have read it and sat
6    there and copied it.  I don't know.
7  Q Okay.  Before Mark walked in the room, did you review
8    any documents, like at that time?
9  A Just our own reports.  That would have been it.
10 Q Who is our when you say our own reports?
11 A Whoever else was in the room.  Whoever else was
12   involved, and I can't remember who all was in the
13   disciplinary hearing.
14 Q Okay.  So if Lieutenant Lahay did a preliminary
15   report, you would have reviewed that?
16 A Yes.
17 Q Okay.  Would you have reviewed any of the writing
18   assignments at that time?
19 A Any others, no.
20 Q Okay.
21 A Not at that time.
22 Q Would you have reviewed any written witness statements
23   at that time?
24 A Yeah, if there was, I probably would have.  Yes.
25 Q But do you have a memory of reviewing those or you

```
1      just probably would have?

2   A No, I'm -- what I remember is my own report right

3      here.

4   Q Okay.  And that wasn't written until after the review

5      board; correct?

6   A Yeah.

7   Q Okay.

8   A Yeah, I think so.  Hang on.  Yeah, to complete it,

9      yeah, because we talked about the hearing.  Yeah.

10  Q Okay.  Did you ever talk to Rucker before the review

11     board?

12  A If he did a report, I would have read it, but I don't

13     recall actually talking to him.

14  Q Okay.  So then did you have a mindset of whether or

15     not plagiarism occurred before Evan walked in the

16     room?

17  A Yes.

18  Q And what was your thought?

19  A That he had plagiarized someone else's work.

20  Q All right.  So do you recall anything else from that

21     time before Mark entered the room?

22  A No.

23  Q All right.  When he first walked in the room, do you

24     remember what was said?

25  A No.
```

1  Q Do you recall if Captain Bridge said, I bet you

2    weren't expecting this?

3  A No.  That's minor details.  I don't recall that.

4  Q All right.  So after Mark walks in the room, walk me

5    through what happened.

6  A I'm sure Captain Bridge, as you just said it, since he

7    was present, he would have began the proceedings and

8    said, you know, this is why we're here and asked him

9    in his own words to explain why this occurred.

10  Q Okay.

11  A It's pretty simple proceedings.

12  Q So was the proceeding a discussion, or is it where

13    people are asking Mark questions and he's answering

14    them?

15  A There are questions asked after the basic student has

16    the opportunity to give their position on what

17    occurred.

18  Q Okay.  Do you remember --

19  A Usually -- there's usually follow-up questions.

20  Q Okay.  Do you remember what Mark's position was on

21    what had occurred?

22  A Yeah.  He basically told us that he did take it from

23    either on top of or inside of the desk, and used it to

24    complete his work.

25  Q Okay.  Was it important to you whether it was on top

1    of or in the desk?

2  A You know, certainly looks more sinister going inside

3    of the desk, but either way his intent was to use

4    someone else's work, to plagiarize it, so --

5  Q Do you recall if you asked Mark any questions

6    yourself?

7  A I basically asked him why did he wait so long to do

8    his work, why procrastinate.

9  Q And what was his answer?

10  A I'm sorry?

11  Q What was his answer?

12  A I don't think he actually gave me a very good, solid

13    answer on that.  He really didn't.  He just -- I told

14    him he should have done the report while it was still

15    fresh in his memory, which is what we do in police

16    work, in law enforcement in general.

17  Q Do you recall any questions other board members asked?

18  A Someone ended up asking him what he felt should happen

19    to him.

20  Q Okay.

21  A And he answered that.

22  Q Do you remember what his answer was?

23  A Yeah.  He felt like he should have been removed from

24    the presidential position and something else.  Should

25    have been given a zero on the report, and -- I think I

1    actually missed a detail here.  Oh, he should have

2    been assigned another report and be removed from the

3    honors position at graduation.  So that was his own

4    opinion.

5  Q Do you recall any other questions that were asked of

6    him?

7  A Not really.

8  Q Okay.  Do you recall if Mark was given anything to

9    look at during the review board?

10 A No, I don't.  He may have been.

11 Q Do you recall if he asked to see anything during the

12   review board?

13 A I'm sorry, I don't recall.

14 Q Do you recall if he was permitted to present evidence

15   on his own behalf?

16 A That would have been when we asked him to go ahead and

17   tell us.  He would have been given any opportunity to

18   do that.

19 Q Okay.  Was he given the chance to present any physical

20   evidence?

21 A There was no physical evidence other than the reports

22   to my recollection.

23 Q Did the witnesses, the student witnesses, did they get

24   to talk to the review board about what happened?

25 A I don't know if we just went off the reports or if

1  they were brought in.  I can't recall.  Again, two and

2  a half years.

3  Q Was Mark told he was accused of doing anything besides

4  plagiarism?

5  A No.  No.  That's all it was about.

6  Q How many reports is it that he was accused of looking

7  at?

8  A I think just the one.  I think it was Rucker's report.

9  I don't know if he looked at Stahls' or not.

10  Q What's your understanding for what plagiarism means?

11       MS. MELTZER:  Objection.  Calls for a legal

12  conclusion.  You can answer.

13       THE WITNESS:  I'm sorry, ma'am.  Say that again.

14       MS. MELTZER:  Objection.  Calls for a legal

15  conclusion, but you can answer.

16  A Okay.  Just essentially what he did, using someone

17  else's work to complete your own work.  That is an

18  ethical violation, if you will.

19  Q Do you recall if Mark was told his writing assignment

20  scored the same as another student's writing

21  assignment?

22  A I don't recall that.

23  Q Do you recall if Mark was told that Lahay caught him

24  plagiarizing?

25  A That Lahay caught him?

1   Q Correct.

2   A No, I don't recall that.  It wasn't -- it was brought

3      forward by Stahl, not by Lieutenant Lahay.

4   Q Do you recall if Mark was accused of not watching

5      the --

6            (Deposition interrupted.)

7   A Sorry.  Please repeat that.

8   Q I'll start over.

9            Was Mark accused of not watching the video that

10     the writing assignment was based on?

11  A I don't recall.

12  Q Do you recall if his ability to watch the video came

13     up at all during the review board?

14  A During the review board?

15  Q Correct.

16  A Like one of us brought it up?

17  Q Correct.

18  A I don't recall, sir.

19  Q Do you recall if his ability to watch the video came

20     up at all after the review board?

21  A Again, I don't recall.  I'm sorry.

22  Q Okay.  And do you recall if his ability to watch the

23     video came up before the review board?

24  A I don't recall.

25  Q So you briefly touched on whether the reports were on

1    the desk or in the desk.  What do you recall about

2    that part of the discussion?

3  A I remember Stahl saying they were in the desk, and he

4    was the one that was in charge of those reports and

5    making sure they were forwarded by noon, I think, that

6    same day, so he said they were in the desk.  If you

7    look at my report, I think Stahl -- or Sproles said he

8    wasn't real sure.  Let me find that again.  Initially

9    stated he had taken the reports off of the desk,

10   however, after he was asked again, and I don't know

11   who asked him about it, he eventually stated it would

12   have been on or in the desk, and that's his own words,

13   so --

14 Q Okay.  So were you present then at the time Stahl said

15   they were in his desk?

16 A Yes.  When he was reporting to Lieutenant Brown that

17   morning.

18 Q Okay.  Do you remember anything else that Stahl said

19   in your presence?

20 A No.  If I remember right, I was pretty busy with my

21   own duties, and Lieutenant Brown just told me, hey,

22   this is happening, we're going to be dealing with

23   this.

24 Q Do you have an understanding for when Stahl put the

25   reports in his desk?

1   A No, I don't.

2   Q Okay.

3   A I don't know if it was the night before or that

4     morning.  I don't know.

5   Q Okay.  Do you have an understanding of if the reports

6     were ever on his desk?

7   A No, I don't.

8   Q Okay.  Did anybody raise their voice at Mark during

9     the review board?

10  A No.  We don't do that.  It's not necessary.

11  Q Was Mark asked any of the same questions repeated

12    times?

13  A Maybe for clarification, but I don't recall.

14  Q Was Mark told that another student had come forward

15    and made this allegation?

16  A I believe he was fully aware of how it came forward.

17  Q So do you have a memory of if he was told that at the

18    review board?

19  A No, I don't specifically remember Captain Bridge or

20    anyone saying that, but fairly certain he would have

21    been told that.

22  Q And then at some point Mark is asked to leave the

23    room; right?

24  A Yes.

25  Q Do you recall anything else that happened from when he

1    came in the room to when he left?

2  A No.  He gave his piece.

3  Q Okay.  What happened after Mark left the room?

4  A We generally confer about it and what we think should

5    be the level of discipline.

6  Q Do you remember what anyone said?

7  A I don't remember the direction they were going.

8    Obviously it was a code of conduct violation or

9    ethical matter.  I remember what I was thinking, that

10   I felt it should have been more severe.

11 Q Okay.  What did you think the punishment should have

12   been?

13 A I felt like we should have put him out of the Academy

14   ourselves and maybe even bordered on a criminal matter

15   because of his intentions, but I also knew better than

16   to even attempt to take it to that level because for

17   some time we had been -- our decisions that we were

18   rendering were being changed by the management here,

19   numerous times, and I felt like it was just a moot

20   point for me to even try to take it to that level.

21   But, yeah, I thought it was very severe and he should

22   have at least been removed from the Academy.

23 Q Okay.  Did you share that opinion with the board?

24 A There was no point.  Again, I don't -- again, I don't

25   want to air dirty laundry, but I just felt like our

```
 1    decisions were being -- we were being second-guessed
 2    too often by the upper management, and our decisions
 3    were being changed.  There's no point in me even doing
 4    this.
 5  Q Okay.  So you didn't make the other review board
 6    members aware of what you thought the punishment
 7    should be?
 8  A I may have.  I may have said, I think we should throw
 9    him out.
10  Q Okay.
11  A I might have.
12  Q Do you recall if anyone agreed with you?
13  A No.  There probably were some on board thinking the
14    same thing.
15        I'm sorry.  If this was yesterday, I could answer
16    these questions much better, if it happened yesterday.
17  Q Do you recall if -- the writing assignments, when you
18    looked at them, had they been graded?
19  A I don't recall.  Again, I don't recall that.
20  Q Are you aware that the PowerPoint presentation used by
21    the instructor had subheadings the students were to
22    use?
23  A No, I'm not aware of that.  I've never taught that
24    class.
25  Q Okay.  Are you aware that those subheadings were
```

1    numbered in the PowerPoint presentation?

2  A No, sir.

3  Q Are you aware that Mark followed the same subheadings

4    as they were numbered in the PowerPoint presentation?

5  A No, sir.

6  Q Do you recall who it was that was okay with a more

7    lenient punishment?

8  A I can't imagine anyone in the room was very okay with

9    that, with it being lenient.

10 Q Okay.

11 A It was unanimous.  Everyone felt he needed to be

12   disciplined.

13 Q And so do you think the discipline Mark got was

14   lenient or not lenient?

15 A Oh, it was lenient.  He should have been removed from

16   the building, period, yes, sir.

17 Q So do you recall who was okay with that lenient

18   punishment?

19 A No.

20 Q Okay.

21 A I wouldn't call it lenient, but more lenient than what

22   I would have rendered.

23 Q Do you recall anything else that happened while Mark

24   was out of the room?

25 A No, sir.

EXHIBIT P

```
 1   Q Any other --
 2   A Water under the bridge, sir.
 3   Q Do you recall any of the other discussion?
 4   A No, sir.
 5   Q Okay.  And then Mark comes back in the room; right?
 6   A Yes, sir.
 7   Q And what happens next?
 8   A He's informed of what our decision is.
 9   Q Okay.  And what was the board's decision?
10   A Pretty much what he suggested, be removed from the
11     president's position and honors, and I think he was
12     told he had to do another report, I believe.
13   Q Okay.  Do you remember anything else that Mark was
14     told when he came back?
15   A No, sir.
16   Q Do you remember if Brown told him he had to make a
17     statement to his classmates that he'd plagiarized?
18   A You know what, that sounds right, but I'm not going to
19     sit here and say for sure.
20   Q Okay.
21   A But that sounds like that may have -- that would be
22     appropriate.
23   Q You think it would be appropriate for him to say that
24     to his classmates?
25   A Sure.  He's the class president.
```

1    Q Okay.

2    A Sets a standard for everyone else, and they're all

3      held to the same standard, all of them.

4    Q Do you believe Mark was treated fairly during the

5      review board?

6    A Absolutely.

7    Q Do you recall anything else about before the review

8      board was officially over?

9    A No, sir.  Sorry.

10   Q Okay.

11   A I do not.

12   Q Are you aware of if Gary Spratt was told that his ILEA

13     certificate would be pulled if he divulged any

14     information about giving his witness statement?

15   A Who is Gary Spratt?

16   Q He's one of Mark's roommates.

17   A Spratt?

18   Q Right.

19   A It's not in my report, but no, I'm not aware of that,

20     no.  You're certain Spratt was his roommate?

21   Q Yes.

22   A Confusing.  There's only three to a room.

23   Q What's confusing about that?

24   A There's only three to a room.  I thought Rucker was

25     his roommate.

1    Q Okay.  Stahl, Spratt and Sproles were roommates.

2    A Okay.  So obviously Stahl had other people's reports

3      in there too, not just roommates.  He had people from

4      outside of the room.  I understand.

5    Q You didn't know that until right now, though?

6    A No, I didn't recall that, no.  I can't picture Spratt

7      at all.

8    Q After the review board was over, were you involved in

9      any conversations about what happened after the review

10     board?

11   A One for sure.

12   Q All right.  When was that?

13   A That same day at the end of the day.

14   Q All right.  Who was that with?

15   A Sproles.

16   Q And what was said?

17   A Standing in front of the library, doing what I do,

18     just monitoring things.  He walked by, slowed down,

19     looked down, kind of sheepishly, looked at me and then

20     looked down, Lieutenant A, I'm sorry.  Referred to me

21     as Lieutenant A.  He apologized.

22   Q Did you say anything?

23   A No, I don't believe I did.

24   Q Did you ever talk with your son about the review

25     board?

1  A Not that specific review board, no.

2  Q Did you ever talk with your son about Mark trying to

3    be hired at the Bartholomew County Sheriff's

4    Department?

5  A No.

6  Q Are you aware that Mark did apply there?

7  A Absolutely.

8  Q How were you aware?

9  A Had a general conversation with my son at one time.  I

10   said, I am being sued.  I gave no names and no

11   agencies.  I didn't tell him any details at all.  And

12   I said, don't be concerned about it, I'll be fine.  My

13   son is part of the hiring process over there and

14   recruiting, and he does background investigations.

15   That's how he became -- he put two and two together.

16  Q Okay.  So how were you aware that Mark applied at

17   Bartholomew County?

18  A Believe it or not, I talked to my son about it and

19   found out.

20  Q What did he say?

21  A He just said that he found out who it was, but he

22   removed himself from the entire process.

23  Q He being your son?

24  A Yes.

25  Q Okay.  Do you know when he removed himself?

1  A No.  As soon as he found out, he was not going to be a
2    part of anything like that.
3  Q So Mark was in class 226 at ILEA.  Are you aware of if
4    subsequent classes were told about his situation and
5    plagiarizing?
6  A Not using his name, and no, not talking about
7    plagiarizing, not by me.
8  Q Okay.  Was it discussed in a way that didn't use his
9    name?
10 A Only thing I've ever said to these students since that
11   time, because I'm very concerned about all of them,
12   that they get home safely at night, that they do their
13   jobs correctly, is that I myself was being sued by
14   someone from my own profession, and after having
15   survived as long as I did, being sued and being
16   attacked and otherwise from obviously criminals,
17   surviving six years in the Marines, that I'm actually
18   being sued by one of my own.  Someone bites the hand
19   that feeds unfortunately.  That's what it's come to.
20 Q You consider --
21 A It never -- I'm sorry, sir?
22 Q You consider Mark one of your own?
23 A Absolutely.  I gave him every ounce I could give him
24   of my training.  All of them.  My sole purpose in this
25   institution is to get them home alive, and the last

```
 1    thing I want to do is attend their funerals if I
 2    didn't do my job to the best of my ability.  And I've
 3    attended too many.
 4  Q Did you talk to any one of the students about what the
 5    lawsuit was about?
 6  A No.  No.  Never.
 7  Q Did you talk to any students about a previous student
 8    plagiarizing?
 9  A No.  No.  No details.
10  Q Are you aware if anyone at ILEA has said that a past
11    president was caught plagiarizing?
12  A No, I'm not.
13  Q Okay.  So did you bring a copy of your incident report
14    with you?
15  A Yes, sir.
16  Q Okay.  Did you bring anything else with you today?
17  A Just a notepad in case I needed it.
18  Q Okay.  So since you have a copy, I'm not going to pull
19    it up on the screen.
20  A Okay.
21  Q But Exhibit 41 -- I wrote it down.  Exhibit 41 is
22    going to be your -- the top it says supplementary
23    report; correct?
24  A Yes.  Uh-huh.
25  Q And it is two pages; correct?
```

1  A Yes.

2  Q And the body of the writing is on the first page, and

3    your signature is on the second page; correct?

4  A Yes, sir.

5  Q All right.  And did you sign this April 21st, 2022?

6  A Yes.

7  Q Okay.  Why did you write this report?

8  A Documentation purposes only, if a day like this

9    occurs.

10 Q Okay.  Did anyone ask you to write this?

11 A Yes.  We don't have to.  We don't ask everybody.  Just

12   understand if you're involved in this process, you

13   write a report.

14 Q So have you written reports from other disciplinary

15   hearings you've attended?

16 A Yes, sir.

17 Q The top of this, it says supplementary report.  Is

18   this the only report that you wrote?

19 A That's it, yes.

20 Q Okay.  So -- okay.

21 A Yeah, that sounds confusing.  I see where you're going

22   with that, but this is the only one.

23 Q Why did you wait until April 21st to write it?

24 A I don't remember all of my duties that day.  Like I

25   said, it would have been numerous, but maybe it was

```
 1      just a more convenient time.  I don't recall.
 2   Q Do you recall attending a meeting on April 21st about
 3      the review board?
 4   A No, I don't.
 5   Q And nobody asked you to write this; right?
 6           MS. MELTZER:  I'm going to object to that.
 7      Mischaracterizes the testimony, but you can answer.
 8   A Again, it's just -- it's just what we do.  We don't
 9      have to ask each other that.  The captain doesn't need
10      to.  He may casually say, make sure everybody gets a
11      report, but unspoken.
12   Q Do you recall asking for the review documents to help
13      you write your report?
14   A No, but again, I would look at everyone else's
15      reports, make sure I'm not forgetting something.
16   Q Why do you need to look at somebody else's report to
17      make yours?
18   A I don't, but I want to make sure I'm not forgetting
19      something.
20   Q Okay.  Do you recall asking to review the written
21      assignments to make your report?
22   A No, I don't recall it.
23   Q Okay.  So I'm going to share my screen then.
24   A Okay.
25   Q And this will be Exhibit 42.
```

1           Okay.  Can you see that document?  I can zoom --

2    A  Yes, I do.  Yeah, it goes to what I just told you,

3       again, so that's to make sure I don't forget anything.

4    Q  Okay.  So this says you asked to see Rucker and

5       Sproles' reports.  So those are the students' writing

6       assignments; right?

7           MS. MELTZER:  I'm going to say that

8       mischaracterizes the evidence, but you can answer.

9    A  No, not necessarily.  It may have been the witness

10      statements, not the writing assignments.  That's not

11      necessarily writing assignments.

12   Q  Okay.  So can I get a copy of each of their reports?

13   A  Uh-huh.

14   Q  Who is their?

15   A  I'm assuming the parties that were involved, whoever

16      gave us witness statements.  That would be, I'm

17      assuming, Rucker, Stahl, if he did one.  I don't

18      recall seeing them, though.  I don't recall which ones

19      I looked at.

20   Q  I looked at them Friday, and I'd like to go over them

21      again to refresh my memory.

22   A  Uh-huh.

23   Q  So what did you look at on Friday?

24   A  I don't recall.  It would have been one of their

25      reports or more than one.

1  Q Okay.

2  A But three days passed, and I wanted to look at them

3    again.

4  Q So it would not have been anyone on the board's report

5    unless it was prepared on Friday?

6  A Unless it was prepared on Friday.

7  Q Okay.  And you don't remember what you received in

8    response to this e-mail; is that right?

9  A No, I don't.

10  Q Okay.

11  A No, I don't.  I don't.

12  Q So did you complete the report when the details were

13    still fresh in your memory?

14  A Fresh enough.  I didn't wait weeks or anything like

15    that.

16  Q So we're going to take a look then at your report that

17    you wrote.  Is everything in your report that you say

18    that Stahl said, is that from your own memory?  That's

19    what you heard yourself?

20  A Either that or from Lieutenant Brown.

21  Q Okay.  Well, then -- so then we're going to go through

22    it then.  Stahl stated he observed Sproles, his

23    roommate, in possession of several DUI report-writing

24    assignments last night that had been removed from

25    inside of the desk where he, Stahl, had placed them.

1       Do you recall if you heard that from Stahl or

2  from Brown?

3  A It was early in the morning.  It was Stahl reporting

4  to Lieutenant Brown.  I remember that.

5  Q Okay.

6  A If I'm right, it was down here in the instructor hall.

7  Q So that was something you heard Stahl say?

8  A Yes, sir.

9  Q Okay.  Stahl stated one of the reports Sproles was

10  looking at belonged to Basic Rucker, 401D.  Did you

11  hear that yourself, or was that from Brown?

12  A I believe so, but I can't -- again, a lot of time

13  between now and then.

14  Q Right.  So you think you heard that yourself?

15  A I think so.

16  Q Okay.  Stahl stated he had not given Sproles

17  permission to take any of the reports.

18       Did you hear that from Stahl or Brown?

19  A I'd say Stahl because in my report it says I observed

20  Basic Student Stahl reporting to Brown.

21  Q Okay.

22  A And, again, if I remember right, it was in the hallway

23  outside of his office.

24  Q And then the next sentence, all the reports were due

25  to be turned in by Friday 4/15, and it was his duty to

1    collect them and remand them to Lieutenant Lahay.  Did

2    you hear that from Stahl?

3  A I think so.

4  Q Okay.  And then did you and Lieutenant Brown try to

5    locate the reports?

6  A I did not.  I did not.  Lieutenant Brown did.

7  Q Okay.  Did you agree that the reports should be

8    located?

9  A Sure.  Yes.

10 Q Okay.  And then you looked at the reports briefly on

11   that Friday?

12 A Yes.

13 Q I think we've covered everything else.

14       Are you aware of Mike Brown making any statements

15   to Evan concerning his presidency and being impeached

16   before the review board?

17 A And being impeached before the --

18 Q Correct.

19 A No.  Or I don't recall.

20 Q Are you aware of a time when Lieutenant Lahay made

21   Evan stand up in front of his class and say, my daddy

22   bought me a new truck?

23 A I've heard that talked about here since all of this

24   began, but I don't believe I was in the classroom.

25 Q Okay.  You only heard about it because of the case?

 1  A Yes.

 2  Q Okay.

 3  A Since then.

 4  Q If students are late to one of your classes, do you do

 5    anything to make an example of them?

 6  A An example?

 7  Q Yeah.

 8  A I run a very controlled classroom.  I keep control of

 9    everything that happens inside of my classrooms.

10  Q Okay.  So if Lieutenant Lahay had made Evan stand up

11    because he was late, would you do something similar

12    like that?

13  A Because they were late to class?

14  Q Right.

15  A They're late to class, I'll point it out immediately

16    right there on the spot.

17  Q Okay.  What would you do?

18  A Depends if it's the first time.  Maybe just verbally

19    admonish them in front of their peers.  They shouldn't

20    be afraid of that.  If it's a problem, we're going to

21    go up the scale a little bit.

22  Q Okay.

23  A I might give them -- I forget what they call them now,

24    but basically it's a write-up, and it goes in their

25    file.  And if it goes beyond that, maybe end up at one

1     of these disciplinary hearings.

2  Q The write-up, is that called a gig?

3  A A gig.  There you go.  I'm sorry.  I'm becoming a

4     civilian now, forgetting all of this.

5  Q Would you make the student do what you said even if

6     they had permission to be late?

7  A If they had permission to be late and they told me

8     that, then, no, they'd be fine.  I'm not going to

9     punish someone for something that they didn't do

10    wrong.

11 Q Lieutenant Lahay, he also made reference to stress

12    inoculation during his deposition.

13 A Yes.

14 Q What is that?

15 A Unless you've served in the military or worked the

16    streets in law enforcement, a lot of folks don't

17    understand just how stressful this job is.  We try to

18    inoculate them here in this environment, this sterile

19    environment, to make sure they understand what it is

20    they're about to go out and up against.  We try to

21    keep people from getting themselves killed, if you

22    will.  Understand, this is not an easy job.  That's

23    what it is.  They should be -- they should hear people

24    from time to time being harsh, loud, sometimes carry

25    harsh language.  It's -- but there's never physical

```
 1    abuse.  We don't do that.
 2  Q Okay.  So what would stress inoculation include?
 3  A Yelling, screaming, just like a drill instructor,
 4    which I'm sure you've probably seen movies and things
 5    like that, or maybe you've served, I don't know, but
 6    turning up the volume a little bit, getting in
 7    people's faces, just like what happens to them on the
 8    street to see how they'll react or will they
 9    overreact, will they freeze.  They understand what
10    that stress is like.
11  Q Okay.  Does that occur at any certain times?
12  A Oh, it could occur at any time.  Any time.
13  Q Is stress inoculation part of ILEA's curriculum
14    anywhere?
15  A I wouldn't say curriculum.  It's unwritten word.  It's
16    the drill instructors doing their job, and beyond
17    drill instructors.  Other instructors will keep a
18    disciplined environment too, some more so than others.
19    I was known more for being the most conservative
20    instructor in the building.  That's a given.
21  Q If a comment was made to the president that he would
22    be impeached, would you consider that stress
23    inoculation?
24  A No, I wouldn't.
25  Q If Evan was made to stand up in front of his class and
```

```
 1    say, my daddy bought me a new truck, would you
 2    consider that stress inoculation?
 3  A Depends on what happened, what prefaced it.  Is it
 4    jocularity that's going on?  I don't know.
 5  Q Okay.
 6  A I don't understand what was happening.  It could have
 7    been all in fun.
 8  Q Would you make hand motions to the students where you
 9    would imitate shooting yourself?
10  A Shooting yourself?
11  Q Yeah, you shooting yourself.
12  A You mean like this (indicating)?
13  Q Yes.
14  A If I did, it was jocularity.  Like something crazy
15    happening in the classroom, and I'm like (indicating),
16    oh, are you kidding me?  Not in actually shoot
17    yourself, no.
18  Q Do you recall imitating slicing your throat to Evan?
19  A No, not slicing your throat.  If I look at someone,
20    maybe if they're talking out of turn or something, and
21    I do this (indicating), that means stop.  I think
22    that's pretty common knowledge too for most people.
23  Q Do you recall calling Evan retarded?
24  A No.  Have I used that word in class?  Yes.  Yes, I
25    have.
```

1   Q Do you recall telling any students they should choke
2     themselves?
3   A Yes, jocularity.  Again, drill instructor jocularity
4     as in they just did something kind of dumb.  Are you
5     kidding me?  Really?  Did you just do that?  Choke
6     yourself.  Every -- well, let's just say over 8,000
7     students knew that I didn't really mean to choke
8     themselves.
9   Q When Mark first started at ILEA, do you recall a
10    conversation about him, with him, about his father
11    recently going through ILEA?
12  A No.  It could have happened because we have that
13    often, father and son, father and daughter, mother and
14    daughter.  We have that quite a bit.  It happened in
15    my situation, I graduated my son.
16  Q Do you recall discussing with Mark that John Sproles
17    had been running for sheriff of Henry County?
18  A No.
19  Q Have we covered everything that you remember from what
20    you overheard Stahl say to Brown?
21  A To the best of my recollection, yeah.
22  Q Do you know if Evan's roommates were told to report
23    him for looking --
24  A No, I do not.  No.
25  Q Do you remember if during the review board if Captain

1    Bridge made a statement that it was clear to him that

2    Evan did his own work?

3    A No.

4    Q Did you realize that Evan used 15 direct quotations

5      from the video in his report?

6    A No.  I've never seen the video.

7          (Deposition interrupted.)

8          THE WITNESS:  Sorry.  I'll turn that off.

9    Elderly mother with dementia.

10         MR. BOWMAN:  Oh, no.

11         THE WITNESS:  Would you mind if I listen to the

12   voicemail real quick to make sure there's nothing

13   wrong with my mom?

14         MR. BOWMAN:  Yes, go ahead.

15         (A discussion was held off the record.)

16   BY MR. BOWMAN:

17   Q So do you remember answering questions that our office

18     had sent for you to answer?

19   A I'm sorry.  Say that again.

20   Q Do you remember answering written questions that we

21     sent over?  They're called Interrogatories.

22   A Yes.  Yes.

23   Q So Interrogatory 18, we'd asked that you to please

24     state your understanding as of April 18th, 2022 of

25     what constitutes plagiarism.  Your answer was,

```
 1      plagiarism is when a person uses the work of someone
 2      else without permission and proper citation as their
 3      own.
 4   A Okay.
 5   Q Why is proper citation important?
 6   A I probably read it from the definition that way.  Is
 7      that any different than what I've said today?
 8   Q My memory is that you didn't mention citation in what
 9      you mentioned earlier.
10   A I didn't.  But I don't see the difference.
11   Q Okay.
12           MR. BOWMAN:  No other questions.
13           THE WITNESS:  Again, it's using someone else's
14      work.
15           MR. BOWMAN:  No other questions.
16   CROSS-EXAMINATION
17   BY MS. MELTZER:
18   Q I just have one question.
19           Some of the jocularity you had referenced, some
20      of the statements you had made to your classes, had
21      you heard that from anywhere?  Was that in reference
22      to anything?
23   A Sure.  And they usually -- I usually tell them, and a
24      lot of military folks in the room recall this, there's
25      a famous movie called Full Metal Jacket, and R. Lee
```

1  Ermey played the part of the drill instructor.  In

2  fact, he was a real drill instructor, and some of

3  those things would come from there.  Just like

4  instructors here take from other instructors, and

5  sometimes they can be effective, and some of that came

6  from there.  Oftentimes I'll even quote certain poems

7  to the classes, but I'll generally tell them who to

8  attribute it to.  If it's my work, I tell them it's my

9  work.  If it's someone else's work, I like to give

10 that person credit.

11      MS. MELTZER:  No further questions.

12      MR. BOWMAN:  No follow-up.

13      MS. MELTZER:  Would you like the opportunity to

14 review the transcript and sign at the end?

15      THE WITNESS:  Sure.  I mean could I get a copy of

16 it?

17      MS. MELTZER:  Yes.  Generally you'll have the

18 opportunity if you would like to review the transcript

19 and make any, you know, nominal changes if maybe it

20 said like his instead of her, and then sign off on it,

21 or you can waive that opportunity and take the

22 transcript as is.

23      THE WITNESS:  Yeah, I'd love to get a copy of it,

24 please.  Thank you.

25      MS. MELTZER:  We'll go ahead and read and sign.

1    (A discussion was held off the record.)

2    THE REPORTER:  Would you like to order the

3  transcript?

4    MR. BOWMAN:  Yeah, electronic, please.

5    MS. MELTZER:  Yeah, electronic PDF is fine.

6    (The deposition concluded at 11:02 a.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT P

```
 1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF INDIANA
 2                   INDIANAPOLIS DIVISION

 3

 4
     MARK EVAN SPROLES,              )
 5                                   )
                      Plaintiffs,    )
 6                                   )
        -v-                          )   CASE NO.
 7                                   )   1:23-cv-00431-TWP-KMB
     MARK BRIDGE, in his             )
 8   individual and official         )
     capacities, et al.,             )
 9                                   )
                      Defendants.
10

11
                      Job No. 194109
12

13
          I, RANDY W. ASPENSON, state that I have read the
14   foregoing transcript of the testimony given by me at
     my deposition on September 18, 2024, and that said
15   transcript constitutes a true and correct record of
     the testimony given by me at said deposition except as
16   I have so indicated on the errata sheets provided
     herein.
17

18
                      _____
19                         RANDY W. ASPENSON

20

21

22

23           STEWART RICHARDSON & ASSOCIATES
             Registered Professional Reporters
24            One Indiana Square, Suite 2425
                 Indianapolis, IN 46204
25                   (800) 869-0873
```

```
 1    STATE OF INDIANA          )
                                ) SS:
 2    COUNTY OF MARION          )

 3

 4         I, Marlana M. Haig, RPR, CRI, a Notary Public in

 5    and for said county and state, do hereby certify that

 6    the deponent herein, was by me first duly sworn to

 7    tell the truth, the whole truth, and nothing but the

 8    truth in the aforementioned matter;

 9         That the foregoing deposition was taken on behalf

10    of the Plaintiff; that said deposition was taken at

11    the time and place heretofore mentioned between 9:46

12    a.m. and 11:02 a.m.;

13         That said deposition was taken down in stenograph

14    notes and afterwards reduced to typewriting under my

15    direction; and that the typewritten transcript is a

16    true record of the testimony given by said deponent;

17         And thereafter presented to said witness for

18    signature; that this certificate does not purport to

19    acknowledge or verify the signature hereto of the

20    deponent.

21         I do further certify that I am a disinterested

22    person in this cause of action; that I am not a

23    relative of the attorneys for any of the parties.

24         IN WITNESS WHEREOF, I have hereunto set my hand

25    and affixed my notarial seal this 30th day of
```

1    September, 2024.

2

3

4

5

6

7

County of Marion

8

My Commission Expires:
9    September 13, 2026

10

Job No. 194109
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

**Exhibits**

---

**Randy Aspenson Ex 41** 3:14 35:21

**Randy Aspenson Ex 42** 3:15 37:25

---

**1**

---

**10** 15:16,17

**11:02** 50:6

**12-21-1957** 5:2

**12-year** 15:13

**14** 9:18

**15** 47:4

**15th** 11:2

**18** 4:4 47:23

**18th** 47:24

**1982** 10:11

**1:23-cv-00431-twp-kmb** 4:7

**1st** 9:14,17

---

**2**

---

**20** 15:18

**2006** 5:16

**2022** 7:23 8:19 36:5 47:24

**2024** 4:4

**21st** 36:5,23 37:2

**223** 9:1,7

**226** 8:23 9:3 34:3

**24** 9:25

**2425** 4:3

---

**3**

---

**30** 15:20

---

**4**

---

**4/15** 40:25

**40** 11:4

**401D** 40:10

**41** 35:21

**42** 37:25

---

**7**

---

**70** 10:11

**7:30** 11:6

---

**8**

---

**8,000** 46:6

---

**9**

---

**9:46** 4:4

---

**A**

---

**a.m.** 4:5 50:6

**ability** 24:12,19,22 35:2

**able** 6:23

**about** 5:14 11:6 12:20 15:5,11 17:1,8 19:9 22:24 23:5 25:1,11 27:4 31:7,14,23 32:9,24 33:2,12, 18 34:4,6,11 35:4,5,7 37:2 41:23, 25 43:20 46:10

**Absolutely** 15:17 31:6 33:7 34:23

**abuse** 44:1

**Academy** 6:20 8:1 27:13,22

**accused** 23:3,6 24:4,9

**active** 5:19 8:10

**actually** 16:23 17:14 19:13 21:12 22:1 34:17 45:16

**admitted** 14:8

**admonish** 42:19

**afraid** 42:20

**after** 13:2 19:4 20:4,15 24:20 25:10 27:3 32:8,9 34:14

**aftermath** 10:15

**again** 5:12 6:25 15:12,14 23:1,13

24:21 25:8,10 27:24 28:19 37:8, 14 38:3,21 39:3 40:12,22 46:3 47:19 48:13

**against** 11:1 15:25 43:20

**agencies** 33:11

**ago** 8:15 12:4 16:25

**agree** 41:7

**agreed** 14:14 28:12

**ahead** 13:25 22:16 47:14 49:25

**air** 27:25

**alive** 34:25

**all** 4:10 5:8,12,20 11:11,12 15:3 18:12 19:20,23 20:4 23:5 24:13, 20 31:2,3 32:7,12,14 33:11 34:11, 24 36:5,24 40:24 41:23 43:4 45:7

**allegation** 14:16 15:1 26:15

**allegations** 11:1 15:25

**alleged** 16:6

**already** 7:14

**also** 14:8 27:15 43:11

**always** 8:3 16:11

**am** 33:10

**an** 4:1 11:18 12:6 13:15 15:11 23:17 25:24 26:5 42:5,6 43:22

**and** 4:13,20 5:1,23 6:8,14,16 8:2, 4,9,12,14 9:16,22,23,24 10:3,8, 15,20 11:10,15,18,25 12:4,17,18 13:6,11,24,25 14:5,13 15:7 16:6, 19,20 17:12,13,14,20,21,22 18:1, 2,5,6,12 19:4,18 20:7,8,13,23 21:9,21,24,25 22:2,16 23:1 24:22 25:3,4,10,12,21 26:15,22 27:4,14, 19,21 28:2 29:13 30:5,7,9,11,19 31:2 32:1,16,19 33:10,11,13,14, 15,18 34:4,6,14,15,16,25 35:2,25 36:2,5 37:5,25 38:4,20 39:2,7 40:13,22,24,25 41:1,4,10,15,17, 21 42:24,25 43:7,20 44:4,16,25 45:15,20 46:13 48:2,23,25 49:2,4, 5,14,19,20,21,25

**another** 22:2 23:20 26:14 30:12

**answer** 6:11 17:11 21:9,11,13,22 23:12,15 28:15 37:7 38:8 47:18, 25

**answered** 6:16 21:21

**answering** 5:25 20:13 47:17,20

**answers** 6:24

**any** 4:13 6:11,23 7:2,4,10 8:6 12:21 13:2,22 14:17,21 15:9,24 16:1,19 18:8,17,19,22 21:5,17 22:5,17,19 26:11 30:1,3 31:13 32:9 33:11 35:4,7 40:17 41:14 44:11,12 46:1 48:7 49:19

**anybody** 16:19 26:8

**anyone** 7:10,13 12:2 26:20 27:6 28:12 29:8 35:10 36:10 39:4

**anything** 7:6 14:7 15:5 16:20 19:20 22:8,11 23:3 25:18 26:25 29:23 30:13 31:7 32:22 34:2 35:16 38:3 39:14 42:5 48:22

**anywhere** 44:14 48:21

**apologized** 32:21

**appearing** 4:12

**applied** 33:16

**apply** 33:6

**appreciate** 5:25

**appropriate** 30:22,23

**April** 7:23 11:2 36:5,23 37:2 47:24

**are** 4:10 5:20 6:6,19 7:2,4 20:13, 15 28:20,25 29:3 31:12 33:6 34:3 35:10 38:5 41:14,20 42:4 45:16 46:4

**around** 16:18

**as** 4:19,20 5:6,19 7:23 8:25 11:5 20:6 23:20 29:4 32:21 34:1,15 46:4 47:24 48:2 49:22

**ask** 6:8,15,25 7:14 8:20 16:19 36:10,11 37:9

**asked** 20:8,15 21:5,7,17 22:5,11, 16 25:10,11 26:11,22 37:5 38:4 47:23

**asking** 5:24 13:21 20:13 21:18 37:12,20

**Aspenson** 4:12,18,25

**assigned** 14:24 22:2

**assignment** 10:14 14:17,24 23:19,21 24:10

**assignments** 11:25 12:8,24 18:18 28:17 37:21 38:6,10,11 39:24

**associate** 4:2

**Associates** 4:2

**assumed** 13:24

**assuming** 38:15,17

**at** 6:20,21 7:25 8:1,3 9:16,19,21, 23 10:3,8 11:18 12:6,24 13:1,2, 22,24 14:11 15:2,12 16:14,19 18:8,18,21,23 22:3,9 23:7,9 24:13,20 25:7,14 26:8,17,22 27:22 28:18 32:7,13,19 33:3,9,11, 16 34:3,12 35:10 37:14,16 38:19, 20,23 39:2,16 40:10 41:10 42:25 44:11,12 45:19 46:9 49:14 50:6

**attacked** 34:16

**attempt** 27:16

**attend** 35:1

**attended** 35:3 36:15

**attending** 37:2

**attention** 11:15

**attribute** 49:8

**aware** 10:25 11:7 14:16 15:1 17:13 26:16 28:6,20,23,25 29:3 31:12,19 33:6,8,16 34:3 35:10 44:14,20

---

**B**

**back** 8:11 10:11 14:6 30:5,14

**background** 33:14

**Bartholomew** 10:3 33:3,17

**based** 13:21 24:10

**basic** 10:19 11:8,9,20 14:6 16:20 17:21 20:15 40:10,20

**basically** 11:25 16:8 20:22 21:7 42:24

**be** 5:12,17,24 6:16,23 8:15 15:14 22:2 25:22 27:5 28:7 29:11 30:10, 21,23 31:13 33:3,12 34:1 35:22 37:25 38:16 40:25 41:7 42:20 43:6,7,8,23 44:22 49:5

**became** 33:15

**because** 11:4 13:25 16:24 19:9 27:15,16 34:11 40:19 41:25 42:11,13 46:12

**become** 10:25

**becoming** 14:16 43:3

**been** 4:19 5:7,8,16 8:3,16 9:2,18 15:8 16:9 18:9 21:23,25 22:2,10, 16,17 25:12 26:21 27:10,12,17,22 28:18 29:15 36:25 38:9,24 39:4, 24 45:7 46:17

**before** 5:3,10 9:19 12:25 13:9,15, 21 15:8 16:20 17:18,22,24 18:7 19:10,15,21 24:23 26:3 31:7 41:16,17

**began** 20:7 41:24

**begin** 17:14

**behalf** 4:15,16 22:15

**being** 27:18 28:1,3 29:9 33:10,23 34:13,15,18 41:15,17 43:24 44:19

**believe** 8:14 9:4 13:5 26:16 30:12 31:4 32:23 33:18 40:12 41:24

**belonged** 40:10

**besides** 23:3

**best** 6:24 35:2 46:21

**bet** 20:1

**better** 27:15 28:16

**between** 40:13

**beyond** 42:25 44:16

**birth** 5:1

**bit** 9:11 10:12 42:21 44:6 46:14

**bites** 34:18

**black** 9:8

**board** 10:15,20,21,23 12:18,21, 25 13:9,15,21 15:2,6,8 16:10,14, 16,18,22 17:9,15 19:5,11 21:17 22:9,12,24 24:13,14,20,23 26:9, 18 27:23 28:5,13 31:5,8 32:8,10, 25 33:1 37:3 41:16 46:25

**board's** 30:9 39:4

**boards** 15:9,24 16:1

**body** 36:2

**bordered** 27:14

**bought** 41:22 45:1

**Bowman** 4:15,23 5:21 7:22 47:10,14,16 48:12,15 49:12 50:4

**break** 6:14,17

**breaks** 6:7

**bridge** 4:7 16:11,13 20:1,6 26:19 30:2 47:1

**briefly** 24:25 41:10

**bring** 16:21 17:13 35:13,16

**bringing** 11:14

**brought** 23:1 24:2,16

**Brown** 9:4 11:7,10,14 12:3,20 25:16,21 30:16 39:20 40:2,4,11, 18,20 41:4,6,14 46:20

**building** 29:16 44:20

**busy** 25:20

**but** 7:1 8:24 9:5,6 11:14 13:6,18 14:8 16:25 17:1,19 18:25 19:12 21:3 23:15 26:13,20 27:15,21,25 29:21 30:18,21 31:19 33:21 35:21 36:22,25 37:7,11,14,18 38:8 39:2 40:12 41:24 42:24 43:25 44:5 48:10 49:7

**by** 4:19,23 7:22 10:13 15:13 24:3 25:5 27:18 28:2,20 32:18 34:7,13, 18 40:25 47:16 48:17

---

**C**

**call** 10:18,20,21,22 11:21 17:15, 16 29:21 42:23

**called** 4:19 10:23 43:2 47:21 48:25

**calling** 45:23

**calls** 6:1 23:11,14

**came** 6:20 24:12,19,23 26:16 27:1 30:14 49:5

**campaign** 9:8

**can** 4:24 6:8,16 8:20 23:12,15 37:7 38:1,8,12 49:5,21

**can't** 8:17 11:12 18:12 23:1 29:8 32:6 40:12

**captain** 16:11,13 20:1,6 26:19 37:9 46:25

**carry** 43:24

**case** 4:6 35:17 41:25

**cases** 5:6,7,22 10:13

**casually** 37:10

**caught** 23:23,25 35:11

**Cause** 4:7

**certain** 26:20 31:20 44:11 49:6

**certainly** 21:2

**certificate** 31:13

**chance** 22:19

**changed** 9:11 16:24 27:18 28:3

**changes** 17:1 49:19

**charge** 16:9 25:4

**cheating** 16:8

**choke** 46:1,5,7

**citation** 48:2,5,8

**civilian** 43:4

**clarification** 26:13

**class** 8:21,25 10:11 14:23 28:24 30:25 34:3 41:21 42:13,15 44:25 45:24

**classes** 8:6 34:4 42:4 48:20 49:7

**classmates** 30:17,24

**classroom** 41:24 42:8 45:15

**classrooms** 42:9

**clear** 47:1

**close** 8:16

**code** 27:8

**codefendants'** 7:11

**collect** 41:1

**Columbus** 9:23 10:1

**come** 13:7 26:14 34:19 49:3

**comes** 16:23 17:24 30:5

**comment** 44:21

**committed** 13:5

**common** 16:21 45:22

**compared** 12:7,9

**complaint** 11:8

**complete** 14:8 19:8 20:24 23:17 39:12

**concerned** 33:12 34:11

**concerning** 41:15

**concluded** 50:6

**conclusion** 23:12,15

**conclusions** 13:2,7

**conduct** 27:8

**confer** 27:4

**confusing** 31:22,23 36:21

**connection** 6:7

**conservative** 44:19

**consider** 34:20,22 44:22 45:2

**constitutes** 47:25

**context** 5:5 8:21

**control** 42:8

**controlled** 42:8

**convened** 16:16 17:10

**convenes** 16:18

**convenient** 37:1

**conversation** 33:9 46:10

**conversations** 32:9

**copied** 13:12,13,14,24 18:6

**copy** 35:13,18 38:12 49:15,23

**Corps** 10:2

**correct** 10:10 12:18 17:3 19:5 24:1,15,17 35:23,25 36:3 41:18

**correctly** 34:13

**could** 10:22 17:6 28:15 34:23 44:12 45:6 46:12 49:15

**couldn't** 7:20

**counsel** 4:13

**Counselor** 5:16 12:4

**counselors** 9:12

**County** 10:4 33:3,17 46:17

**court** 4:8 5:10,23 6:3

**covered** 41:13 46:19

**covers** 9:9

**crazy** 45:14

**credit** 49:10

**criminal** 5:8,12 27:14

**criminals** 34:16

**CROSS-EXAMINATION** 48:16

**curriculum** 44:13,15

**cut** 15:7

**cutting** 8:16

**D**

**daddy** 41:21 45:1

**date** 4:4 5:1 9:15

**dates** 10:11

**daughter** 46:13,14

**day** 9:18 11:5 25:6 32:13 36:8,24

**days** 39:2

**dealing** 25:22

**decision** 30:8,9

**decisions** 27:17 28:1,2

**defense** 4:17

**definition** 48:6

**dementia** 47:9

**department** 9:24 10:4 33:4

**Depends** 42:18 45:3

**deponent** 4:10,11

**deposition** 5:3,15 7:6 24:6 43:12 47:7 50:6

**desk** 12:15 17:20 18:5 20:23 21:1,3 25:1,3,6,9,12,15,25 26:6 39:25

**detail** 22:1

**details** 20:3 33:11 35:9 39:12

**did** 7:6,10,11,13 8:6 9:13,25 10:8, 9,20,21,25 11:18 12:6,21,24 13:2, 5,15,22 14:4,13,16,22 15:2,24 17:9 18:3,7,14 19:10,12,14 20:22 21:7 22:23 23:16 26:8 27:11,23 32:22,23,24 33:2,6,20 34:15 35:4,

7,13,16 36:5,7,10,23 38:17,23 39:12 40:10,18 41:1,4,6,7 45:14 46:4,5 47:2,4

**didn't** 14:21 21:13 28:5 32:5,6 33:11 34:8 35:2 39:14 43:9 46:7 48:8,10

**difference** 48:10

**different** 6:9 48:7

**direct** 4:22 47:4

**direction** 27:7

**dirty** 27:25

**disciplinary** 10:23 17:15 18:13 36:14 43:1

**discipline** 27:5 29:13

**disciplined** 29:12 44:18

**discussed** 17:22 34:8

**discussing** 46:16

**discussion** 20:12 25:2 30:3 47:15 50:1

**distant** 14:20

**District** 4:8

**Division** 4:9

**divulged** 31:13

**do** 6:11,14 7:6 8:18 9:2,5 10:3,5 12:1,21 14:7 15:11 17:17 18:25 19:20,23 20:1,18,20 21:5,7,15,17, 22 22:5,8,11,14,18 23:19,23 24:4, 12,19,22 25:1,18,24 26:5,10,17, 25 27:6 28:12,17 29:6,13,17,23 30:3,12,13,16 31:4,7,11 32:17 33:25 34:12 35:1,2 37:2,8,12,16, 20 38:2 40:1 42:4,11,17 43:5,9 44:1 45:18,21,23 46:1,5,9,16,22, 24,25 47:17,20

**document** 38:1

**Documentation** 36:8

**documents** 18:8 37:12

**does** 16:14,16,19 33:14 44:11

**doesn't** 37:9

**doing** 6:6 9:7 23:3 28:3 32:17 44:16

**don't** 6:7 10:22 11:11 12:4 13:7, 18 15:14 17:1,6,11,19 18:6 19:12

20:3 21:12 22:10,13,25 23:9,22 24:2,11,18,21,24 25:10 26:1,3,4, 7,10,13,19 27:7,24 28:19 32:23 33:12 36:11,24 37:1,4,8,18,22 38:3,17,18,24 39:7,9,11 41:19,24 43:16 44:1,5 45:4,6 48:10

**done** 16:7 21:14

**down** 6:4 17:12 32:18,19,20 35:21 40:6

**downstairs** 9:25

**draw** 13:2

**drill** 8:13,18,25 9:2,4,6 44:3,16,17 46:3 49:1,2

**dry** 15:7

**due** 40:24

**DUI** 11:24 39:23

**duly** 4:20

**dumb** 46:4

**during** 16:9 22:9,11 24:13,14 26:8 31:4 43:12 46:25

**duties** 8:5 25:21 36:24

**duty** 40:25

**E**

**e-mail** 39:8

**each** 13:12 37:9 38:12

**earlier** 48:9

**early** 40:3

**easily** 11:4

**easy** 43:22

**effective** 49:5

**either** 20:23 21:3 39:20

**Elderly** 47:9

**electronic** 50:4,5

**electronically** 16:24

**else** 10:21 12:2 14:4,13 15:5 18:11 19:20 21:24 25:18 26:25 29:23 30:13 31:2,7 35:16 41:13 48:2

**else's** 7:10 19:19 21:4 23:17 37:14,16 48:13 49:9

**employed** 7:23 9:19

**end** 11:16 32:13 42:25 49:14

**ended** 21:18

**enforcement** 8:1,4 21:16 43:16

**enough** 6:9 11:4 39:14

**entered** 19:21

**entire** 33:22

**environment** 43:18,19 44:18

**Erica** 7:15

**Ermey** 49:1

**especially** 16:23

**essentially** 11:20 23:16

**EST** 4:5

**et al** 4:7

**ethical** 23:18 27:9

**ethics** 8:11

**Evan** 4:6 5:22 10:13,17 19:15 41:15,21 42:10 44:25 45:18,23 47:2,4

**Evan's** 46:22

**even** 27:14,16,20 28:3 43:5 49:6

**events** 15:5

**eventually** 25:11

**ever** 5:3,10 6:6,14 11:5 16:9 19:10 26:6 32:24 33:2 34:10

**every** 34:23 46:6

**everybody** 36:11 37:10

**everyone** 17:12 29:11 31:2 37:14

**everything** 6:4 13:8 17:19 39:17 41:13 42:9 46:19

**evidence** 22:14,20,21 38:8

**exact** 13:18

**exactly** 8:12

**EXAMINATION** 4:22

**examined** 4:20

**example** 42:5,6

**except** 4:10

**Exhibit** 35:21 37:25

**expecting** 20:2

**explain** 20:9

---

F

---

**faces** 44:7

**fact** 17:19 49:2

**fair** 6:9,12 10:13

**fairly** 26:20 31:4

**familiar** 5:20

**famous** 48:25

**father** 46:10,13

**federal** 5:23

**feeds** 34:19

**felt** 21:18,23 27:10,13,19,25 29:11

**few** 15:15,16

**file** 42:25

**filed** 5:23 10:13

**find** 25:8

**fine** 33:12 43:8 50:5

**first** 4:20 10:6 11:5 19:23 36:2 42:18 46:9

**folks** 43:16 48:24

**follow-up** 20:19 49:12

**followed** 29:3

**follows** 4:21

**for** 4:14 6:1 7:6,13 8:14 9:24 11:11,18 13:16 14:23 15:11 17:17,21,25 18:2 23:10,11,14 25:24 26:13 27:16,20 30:19,23 31:2 32:11 37:12 43:9 44:19 45:22 46:17,23 47:18

**forget** 38:3 42:23

**forgetting** 37:15,18 43:4

**forward** 24:3 26:14,16

**forwarded** 25:5

**found** 33:19,21 34:1

**four** 9:22,24

**freeze** 44:9

**fresh** 21:15 39:13,14

**Friday** 38:20,23 39:5,6 40:25 41:11

**from** 6:19,20 9:13 10:8 11:5,8 12:3,15,20 14:12,20 15:1 17:20 19:20 20:22 21:23 22:2 26:25 27:22 29:15 30:10 32:3 33:22 34:14,16 36:14 39:18,20,24 40:1, 2,11,18 41:2 43:21,24 46:19 47:5 48:6,21 49:3,4,6

**front** 32:17 41:21 42:19 44:25

**full** 10:17 48:25

**fully** 26:16

**fun** 45:7

**funerals** 35:1

**further** 49:11

---

G

---

**gain** 17:21

**Gary** 31:12,15

**gave** 21:12 27:2 33:10 34:23 38:16

**general** 21:16 33:9

**generally** 27:4 49:7,17

**get** 7:13 16:20 22:23 34:12,25 38:12 49:15,23

**gets** 6:4 37:10

**getting** 43:21 44:6

**gig** 43:2,3

**give** 6:23 20:16 34:23 42:23 49:9

**given** 21:25 22:8,17,19 40:16 44:20

**giving** 31:14

**go** 16:20 22:16 38:20 39:21 42:21 43:3,20 47:14 49:25

**goes** 38:2 42:24,25

**going** 11:7,16 13:25 21:2 25:22 27:7 30:18 34:1 35:18,22 36:21 37:6,23 38:7 39:16,21 42:20 43:8 45:4 46:11

EXHIBIT P

**good** 21:12

**got** 7:14 11:15 17:18,22 29:13

**graded** 28:18

**graduate** 10:8

**graduated** 46:15

**graduation** 22:3

**guess** 15:12

---

**H**

**had** 5:3,14 8:4,18 9:6,11,16,22 11:24 12:7,12 13:5,12,14 14:25 15:8,14 17:20 18:5 19:19 20:21 25:9 26:14 27:17 28:18,21 30:12, 16 32:2,3 33:9 39:24,25 40:16 42:10 43:6,7 46:17 47:18 48:19, 20

**hadn't** 14:23

**Haig** 4:1

**half** 9:22,24 12:4 23:2

**hall** 40:6

**hallway** 40:22

**hand** 34:18 45:8

**Hang** 19:8

**happen** 21:18

**happened** 20:5 22:24 26:25 27:3 28:16 29:23 32:9 45:3 46:12,14

**happening** 25:22 45:6,15

**happens** 30:7 42:9 44:7

**harsh** 43:24,25

**has** 20:15 35:10

**have** 5:3,7,8,10,14 6:25 8:16,20 9:2,17,18 10:3 11:18 12:6 13:6, 15,22 14:17 15:11,13 16:6,9,19 18:5,9,15,17,22,24,25 19:1,12,14 20:7 21:14,23,25 22:1,10,16,17 25:12,24 26:5,17,20 27:10,11,13, 22 28:8,11 29:15,22 30:21 35:18 36:11,14,25 37:9 38:9,24 39:4 45:6,24,25 46:12,14,19 48:18 49:17

**haven't** 7:12

**having** 4:19 11:16 34:14

**he** 11:7 13:19,23,24 14:1,4,5,8, 11,13 17:10,18,20,22,24,25 18:1, 2,3,4,5 19:12,19,23 20:6,7,22 21:7,12,13,14,18,21,23 22:1,10, 11,14,17,19 23:3,6,9,16 25:3,6,7, 9,10,11,16 26:16,17,20,25 27:1,2, 21 29:11,15 30:10,11,12,14,16 31:13 32:3,18,21 33:14,15,20,21, 23,25 34:1 37:10 38:17 39:22,25 40:16 42:11 43:11 44:21 49:2

**he'd** 30:17

**he's** 20:13 30:8,25 31:16

**head** 6:2,3

**hear** 7:20 40:11,18 41:2 43:23

**heard** 39:19 40:1,7,14 41:23,25 48:21

**hearing** 11:16 17:14,15 18:13 19:9

**hearings** 13:6 36:15 43:1

**held** 4:7 31:3 47:15 50:1

**help** 6:3 37:12

**Henry** 46:17

**her** 49:20

**here** 8:1,4,14 11:22 14:6 19:3 20:8 22:1 27:18 30:19 40:6 41:23 43:18 49:4

**hey** 25:21

**him** 10:18 11:21 14:12,15 19:13 20:8 21:7,14,18,19 22:6,16 23:23, 25 25:11 27:13 28:9 30:16,23 33:11 34:23 46:10,23 47:1

**himself** 33:22,25

**hired** 33:3

**hiring** 33:13

**his** 10:6 11:9,24 12:1,12 13:19 14:7,9 17:21 18:2 20:9,24 21:3,8, 9,11,15,22 22:3,15 23:19 24:12, 19,22 25:12,15,25 26:6 27:2,15 30:17,24 31:12,14,20,25 34:4,6,8 39:22 40:23,25 41:15,21 43:12 44:25 46:10 47:2,5 49:20

**home** 6:20 34:12,25

**honestly** 17:11

**honors** 22:3 30:11

**how** 5:14,21 9:5,16 10:25 13:16, 18,23 15:11,13 16:15 17:11,25 18:3 23:6 26:16 33:8,15,16 43:17 44:8

**however** 25:10

---

**I**

**I'D** 5:25 38:20 40:19 49:23

**I'LL** 5:24 11:21 24:8 33:12 42:15 47:8 49:6,7

**I'M** 6:20 8:11 13:10,21,25 14:19 16:15 17:23 19:2 20:6 21:10 22:13 23:13 24:21 28:15,23 30:18 31:19 32:20 34:11,17,21 35:12,18 37:6,15,18,23 38:7,15,16 40:6 43:3,8 44:4 45:15 47:19

**I'VE** 5:16 7:14 8:3 28:23 34:10 35:2 41:23 47:6 48:7

**idea** 15:11

**identify** 4:13

**if** 5:25 6:6,7,14,15 8:18 9:17 11:11 12:7 13:1,10 18:14,24 19:12 20:1 21:5 22:8,11,14,25 23:9,18,19,23 24:4,12,19,22 25:6,20 26:3,5,17 28:12,15,16,17 30:16 31:12,13 34:3 35:1,10 36:8,12 38:17 40:1, 6,22 42:4,10,18,20,25 43:5,7,21 44:21,25 45:14,19,20 46:22,25 47:11 49:8,9,18,19

**ILEA** 6:21 8:18 9:13,16,19 10:8 31:12 34:3 35:10 46:9,11

**ILEA's** 44:13

**imagine** 29:8

**imitate** 45:9

**imitating** 45:18

**immediately** 42:15

**impairments** 7:4

**impeached** 41:15,17 44:22

**important** 20:25 48:5

**in** 4:8,10,11 5:5,10,22,23 8:18,21, 22 9:3 10:11 11:6 13:18 16:9,17, 21,23 17:10,13,14,18,22,24 18:7, 11,12 19:15,23 20:4,9 21:1,15,16 23:1 25:1,3,4,6,12,15,19,25 27:1 28:3 29:1,4,8 30:5 31:19 32:3,8,

17 34:3,8,17,24 35:17 36:12 39:7,
13,17,23 40:3,6,19,22,25 41:21,
24 42:19,24 43:15,16,18 44:6,20,
25 45:7,15,16,24 46:4,14 47:5
48:8,21,24 49:1

**incident**  35:13

**include**  44:2

**Indiana**  4:3,9,11 8:1

**Indianapolis**  4:3,9,11

**indicating**  45:12,15,21

**information**  17:17 31:14

**informed**  30:8

**Initially**  25:8

**inoculate**  43:18

**inoculation**  43:12 44:2,13,23
45:2

**inside**  12:15 20:23 21:2 39:25
42:9

**instead**  6:1,2 49:20

**institution**  34:25

**instructions**  14:21

**instructor**  8:13,25 9:2 28:21
40:6 44:3,20 46:3 49:1,2

**instructors**  8:18,24 9:5,6 44:16,
17 49:4

**intent**  21:3

**intention**  14:7

**intentions**  27:15

**interrogation**  8:12

**Interrogatories**  47:21

**Interrogatory**  47:23

**interrupted**  24:6 47:7

**interviewing**  8:12

**into**  13:8,18

**introduced**  7:19

**investigation**  12:22

**investigations**  13:7 33:14

**involve**  10:14 15:25

**involved**  18:12 32:8 36:12 38:15

**is**  4:1,4,6,12 5:1,21 6:12,23 7:14,
16 10:13 15:5,16 16:6,16,22 17:8,
13 18:10 19:2 20:8,12 21:15 23:6,
17 25:22 26:22 30:8 31:15 33:13
34:13,25 35:1,21,25 36:2,3,17,22
38:14 39:8,17,18 43:2,14,17,19,
22,23 44:10,13 45:3 48:1,5,6,8
49:22 50:5

**it**  5:6,16 6:9 7:20 8:3,15,16 9:7,11
10:13,20,21,22,23 11:4,11,14,20
13:9,10,19,23,24 14:1,7,11,15
15:14 16:6,11,25 17:7,9,12,15,16,
21,23 18:1,2,3,4,5,6,9 19:8,12
20:6,12,22,23,25 21:4,14 23:5,6,8
24:2,16 25:11 26:3,16 27:4,8,10,
16,19,20,21 28:16 29:6,9,11,15,
21 30:23 33:12,18,21 34:8,21
35:17,19,21,22,25 36:17,19,23,25
37:22 38:2,9,24 39:4,5,6,22 40:3,
6,19,22,25 41:25 42:15,24,25
43:19,23 44:12 45:3,6,14 46:12,
14 47:1 48:6 49:8,16,19,20,23

**it's**  10:17 15:23 16:24 20:11
26:10 31:19 34:19 37:8 42:18,20,
24 43:25 44:15 48:13 49:8,9

**itself**  14:18

---

## J

**J-A-R-O-D**  10:7

**Jacket**  48:25

**Jarod**  10:7

**job**  35:2 43:17,22 44:16

**jobs**  34:13

**jocularity**  45:4,14 46:3 48:19

**John**  46:16

**joining**  6:19

**jump**  13:25

**just**  6:8,14 7:7 9:14 11:14 12:11
13:24,25 17:19 18:4,9 19:1 20:6
21:13 22:25 23:8,16 25:21 27:19,
25 32:3,18 33:21 35:17 36:11
37:1,8 38:2 42:18 43:17 44:3,7
46:4,5,6 48:18 49:3

---

## K

**Kate**  7:15,16,17,18

**Katherine**  4:16

**keep**  42:8 43:21 44:17

**kidding**  45:16 46:5

**killed**  43:21

**kind**  32:19 46:4

**knew**  27:15 46:7

**know**  6:8,15 8:18 9:2 13:18 14:21
15:14 17:1,6,11 18:4,6 20:8 21:2
22:25 23:9 25:10 26:3,4 30:18
32:5 33:25 44:5 45:4 46:22 49:19

**knowledge**  14:17 45:22

**known**  44:19

---

## L

**Lahay**  18:14 23:23,25 24:3 41:1,
20 42:10 43:11

**Lahay's**  14:19

**language**  43:25

**last**  8:25 34:25 39:24

**late**  42:4,11,13,15 43:6,7

**laundry**  27:25

**law**  8:1,3 21:16 43:16

**lawsuit**  35:5

**lead**  8:13,16,25

**leading**  15:5

**learned**  12:2,20

**least**  27:22

**leave**  26:22

**Lee**  48:25

**left**  9:22 27:1,3

**legal**  23:11,14

**lenient**  29:7,9,14,15,17,21

**let**  6:8,14 14:6 25:8

**let's**  46:6

**level**  27:5,16,20

**library**  32:17

**lieutenant**  9:4 11:6,14 14:19
16:12 18:14 24:3 25:16,21 32:20,
21 39:20 40:4 41:1,4,6,20 42:10

43:11

**like** 9:7,9,12 16:12 18:8 21:23 24:16 27:13,19,25 30:21 34:2 36:8,24 38:20 39:14 42:12 44:3,5, 7,10 45:12,14,15 49:3,9,13,18,20 50:2

**listen** 47:11

**little** 42:21 44:6

**locate** 41:5

**located** 41:8

**long** 9:16 21:7 34:15

**longer** 8:24 9:8

**look** 12:24 13:8 16:19 22:9 25:7 37:14,16 38:23 39:2,16 45:19

**looked** 13:1,4,22,24 23:9 28:18 32:19,20 38:19,20 41:10

**looking** 13:2 23:6 40:10 46:23

**looks** 21:2

**lot** 40:12 43:16 48:24

**loud** 43:24

**love** 49:23

---

**M**

**ma'am** 23:13

**made** 11:7 15:1 26:15 41:20 42:10 43:11 44:21,25 47:1 48:20

**make** 6:3 17:12 28:5 30:16 37:10, 15,17,18,21 38:3 42:5 43:5,19 45:8 47:12 49:19

**making** 25:5 41:14

**management** 27:18 28:2

**many** 5:14,19 15:10,11,13 23:6 35:3

**Marine** 10:2

**Marines** 34:17

**mark** 4:6 5:22 8:21 10:13,17 11:1 15:2,13,25 16:6 18:7 19:21 20:4, 13 21:5 22:8 23:3,19,23 24:4,9 26:8,11,14,22 27:3 29:3,13,23 30:5,13 31:4 33:2,6,16 34:3,22 46:9,16

**Mark's** 14:1 15:8 17:1,9,17 20:20

31:16

**Marlana** 4:1

**matter** 11:17 27:9,14

**may** 6:25 22:10 28:8 30:21 37:10 38:9

**maybe** 26:13 27:14 36:25 42:18, 25 44:5 45:20 49:19

**me** 6:7,8,15 8:20 10:11 11:7 13:10 14:6 20:4 21:12 25:8,21 27:20 28:3 32:19,20 34:7 41:22 43:7 45:1,16 46:5

**mean** 6:11 16:15 45:12 46:7 49:15

**means** 23:10 45:21

**medications** 7:2

**meet** 7:20,21

**meeting** 37:2

**Meltzer** 4:16 7:16,21 23:11,14 37:6 38:7 48:17 49:11,13,17,25 50:5

**member** 15:8

**members** 17:10 21:17 28:6

**memory** 7:4 14:12 15:24 18:25 21:15 26:17 38:21 39:13,18 48:8

**mention** 48:8

**mentioned** 48:9

**Metal** 48:25

**might** 8:16 28:11 42:23

**Mike** 9:4 11:7 41:14

**military** 43:15 48:24

**mind** 47:11

**mindset** 19:14

**Mine** 7:9

**minor** 20:3

**minute** 8:15

**mischaracterizes** 37:7 38:8

**missed** 22:1

**mom** 47:13

**monitoring** 32:18

**Moore** 16:12

**moot** 27:19

**more** 9:11,12 15:16,17,18,20 21:2 27:10 29:6,21 37:1 38:25 44:18,19

**morning** 11:2,6 25:17 26:4 40:3

**most** 44:19 45:22

**mother** 46:13 47:9

**motions** 45:8

**movie** 48:25

**movies** 44:4

**MR** 4:15,23 7:22 47:10,14,16 48:12,15 49:12 50:4

**MS** 4:16 7:16,21 23:11,14 37:6 38:7 48:17 49:11,13,17,25 50:5

**much** 28:16 30:10

**my** 4:1 5:21 8:10,13,25 9:14 11:14 14:6 15:12 17:8 19:2 22:22 25:7,20 31:19 33:9,12,18 34:14, 18,24 35:2 36:24 37:23 38:21 40:19 41:21 42:9 45:1 46:15,21 47:13 48:8 49:8

**myself** 34:13

---

**N**

**name** 4:1,24 5:21 10:6,17 11:9 34:6,9

**names** 33:10

**necessarily** 38:9,11

**necessary** 26:10

**need** 6:14 37:9,16

**needed** 29:11 35:17

**never** 28:23 34:21 35:6 43:25 47:6

**new** 41:22 45:1

**next** 30:7 40:24

**Nice** 7:20,21

**night** 26:3 34:12 39:24

**nine** 8:14

**no** 4:7 6:1,2,25 7:1,3,5,12 8:14,24 9:8 12:11,23 13:24 14:19,22,25 15:7 16:5,11 17:19 18:19 19:2,22, 25 20:3 22:10,21 23:5 24:2 25:20

26:1,7,10,19 27:2,24 28:3,13,23 29:2,5,19,25 30:4,15 31:9,19,20 32:6,23 33:1,5,10 34:1,6 35:6,9, 12 37:4,14,22 38:9 39:9,11 41:19 43:8 44:24 45:17,19,24 46:12,18, 24 47:3,6,10 48:12,15 49:11,12

**nobody** 37:5

**nodding** 6:2

**nominal** 49:19

**noon** 25:5

**not** 7:12 8:12,16 14:7,22,25 15:4 16:13,15 17:2,4 18:21 19:15 22:7 23:9 24:3,4,9 26:10 28:23 29:14 30:18 31:11,19 32:3 33:1,18 34:1, 6,7 35:12,18 37:15,18 38:9,10 39:4 40:16 41:6 43:8,22 45:16,19 46:24

**notepad** 35:17

**nothing** 9:9 47:12

**November** 9:17

**now** 9:4,14 16:24 32:5 40:13 42:23 43:4

**number** 8:21 10:11

**numbered** 29:1,4

**numerous** 5:17 10:24 15:14 27:19 36:25

---

**O**

**object** 37:6

**Objection** 23:11,14

**observed** 39:22 40:19

**obtained** 11:24

**obviously** 9:25 27:8 32:2 34:16

**occur** 44:11,12

**occurred** 19:15 20:9,17,21

**occurs** 36:9

**of** 4:2,6,9,15,16 5:1 6:2 7:10,23 8:9,10 10:15 11:2,7,11,12 12:7, 15,18 13:12,21,22,25 14:16,17,21 15:1,8,24 16:1,8 18:5,17,25 19:14 20:23 21:1,3 22:5 23:3,6 24:4,9, 16 25:2,4,9 26:5,11,16,17 27:5,8, 13,15 28:6,23 29:24 30:3,8 31:3, 12,16,19 32:4,13,17,19 33:13

34:2,3,11,18,22,24 35:2,4,13 36:2,17,24 38:12,24 39:23,25 40:9,12,17,23 41:14,20,21,23,25 42:4,5,8,9,19,20 43:1,4,16 44:13, 25 45:20 46:4,17,21 47:24 48:1, 19,20,24 49:1,2,5,15,20,23

**off** 13:12,13,14,21 22:25 25:9 47:8,15 49:20 50:1

**office** 5:22 40:23 47:17

**officer** 5:6,19 11:6

**officially** 31:8

**often** 28:2 46:13

**Oftentimes** 49:6

**oh** 6:20 15:12 22:1 29:15 44:12 45:16 47:10

**OIC** 8:9

**okay** 5:8,10,14,18 6:18 7:10,14 8:18,20 9:10,13,19 10:6,20,25 11:3,13,23 12:6,14,16 13:2,15 14:10,16 15:16,18,22 16:6,14,22 17:8 18:7,14,17,20 19:4,7,10,14 20:10,18,20,25 21:20 22:8,19 23:16 24:22 25:14,18 26:2,5,8 27:3,11,23 28:5,10,25 29:6,8,10, 17,20 30:5,9,13,20 31:1,10 32:1,2 33:16,25 34:8 35:13,16,18,20 36:7,10,20 37:20,23,24 38:1,4,12 39:1,7,10,21 40:5,9,16,21 41:4,7, 10,25 42:2,10,17,22 44:2,11 45:5 48:4,11

**on** 4:15,16 7:2 11:7 19:8 20:16, 20,23,25 21:13,25 24:10,25 25:12 26:6 27:14 28:13 35:19 36:2,3 37:2 38:23 39:4,5,6 41:10 42:16 44:7 45:3,4 49:20

**Once** 16:23

**one** 4:2 16:3 23:8 24:16 25:4 31:16 32:11 33:9 34:18,22 35:4 36:22 38:17,24,25 40:9 42:4,25 48:18

**ones** 8:8 38:18

**only** 13:12,14 31:22,24 34:10 36:8,18,22 41:25

**opinion** 22:4 27:23

**opportunity** 20:16 22:17 49:13, 18,21

**or** 6:1,2,7,8 7:15 10:21 13:12

14:4,13 16:11,17,20 17:10 18:25 19:14 20:12,23 21:1 22:25 23:9 25:1,7,12 26:3,19 27:8 29:14 33:18 38:25 39:14,20 40:1,11,18 41:19 43:15 44:5,8 45:20 49:21

**order** 50:2

**other** 13:11,12,13,14,16 15:9,24 16:1 21:17 22:5,21 28:5 30:1,3 32:2 36:14 37:9 44:17 48:12,15 49:4

**others** 18:19 44:18

**otherwise** 34:16

**ounce** 34:23

**our** 5:21 18:9,10 27:17,25 28:2 30:8 47:17

**ourselves** 27:14

**out** 18:4 27:13 28:9 29:24 33:19, 21 34:1 42:15 43:20 45:20

**outside** 32:4 40:23

**over** 6:6 8:11 11:16 24:8 31:8 32:8 33:13 38:20 46:6 47:21

**overheard** 46:20

**overreact** 44:9

**own** 13:19 14:1 17:21 18:2,9,10 19:2 20:9 22:3,15 23:17 25:12,21 34:14,18,22 39:18 47:2 48:3

---

**P**

**page** 36:2,3

**pages** 35:25

**part** 12:18 25:2 33:13 34:2 44:13 49:1

**particular** 8:6

**parties** 4:10 38:15

**pass** 16:18

**passed** 39:2

**past** 35:10

**patrol** 8:10

**PD** 9:23 10:1

**PDF** 50:5

**peers** 42:19

**pending** 6:15

**people** 20:13 32:3 43:21,23 45:22

**people's** 32:2 44:7

**period** 29:16

**permission** 12:13 40:17 43:6,7 48:2

**permitted** 22:14

**person** 4:11 48:1 49:10

**persons** 4:14

**physical** 22:19,21 43:25

**physically** 18:4

**picture** 32:6

**piece** 27:2

**place** 12:21,25

**placed** 39:25

**plagiarism** 13:5 16:8 19:15 23:4, 10 47:25 48:1

**plagiarize** 21:4

**plagiarized** 11:25 17:20,25 18:1 19:19 30:17

**plagiarizing** 23:24 34:5,7 35:8, 11

**Plaintiff** 4:15,19

**plaintiff's** 10:17

**planning** 9:24

**played** 49:1

**please** 4:13,24 24:7 47:23 49:24 50:4

**poems** 49:6

**point** 10:8 16:14 26:22 27:20,24 28:3 42:15

**police** 5:6,19 11:6 21:15

**position** 8:2 20:16,20 21:24 22:3 30:11

**possession** 39:23

**possible** 15:23

**Powerpoint** 14:23 28:20 29:1,4

**prefaced** 45:3

**preliminary** 12:22 18:14

**prepare** 7:6

**prepared** 39:5,6

**prepart** 17:12

**presence** 25:19

**present** 4:10,14 11:10 12:2 16:13 20:7 22:14,19 25:14

**presentation** 28:20 29:1,4

**presidency** 41:15

**president** 30:25 35:11 44:21

**president's** 30:11

**presidential** 21:24

**pretty** 5:20 15:7 17:21 20:11 25:20 30:10 45:22

**previous** 35:7

**prior** 9:22,25 10:1 14:16 16:3

**probably** 5:20 10:23 11:16 13:6 15:21 18:24 19:1 28:13 44:4 48:6

**problem** 11:15,19 42:20

**procedure** 16:21 17:8

**proceeding** 20:12

**proceedings** 20:7,11

**process** 33:13,22 36:12

**procrastinate** 21:8

**profession** 34:14

**program** 8:9,11,13 14:19

**proper** 48:2,5

**pull** 35:18

**pulled** 31:13

**punish** 43:9

**punishment** 27:11 28:6 29:7,18

**purpose** 34:24

**purposes** 36:8

**put** 8:21 9:5 13:18 25:24 27:13 33:15

---

**Q**

**question** 6:1,8,12,15,16 7:14 8:20 17:8 48:18

**questions** 5:24,25 6:11,24 16:19 20:13,15,19 21:5,17 22:5 26:11 28:16 47:17,20 48:12,15 49:11

**quick** 47:12

**quite** 15:15,16 46:14

**quotations** 47:4

**quote** 49:6

---

**R**

**raise** 26:8

**Randy** 4:11,18,25

**react** 44:8

**read** 7:7,10,11 18:5 19:12 48:6 49:25

**ready** 7:13

**real** 25:8 47:12 49:2

**realize** 47:4

**really** 12:4 21:13 22:7 46:5,7

**reask** 6:8

**reason** 6:23 7:1

**recall** 11:12 12:5 13:1 15:4 17:17 19:13,20 20:1,3 21:5,17 22:5,8, 11,13,14 23:1,19,22,23 24:2,4,11, 12,18,19,21,22,24 25:1 26:13,25 28:12,17,19 29:6,17,23 30:3 31:7 32:6 37:1,2,12,20,22 38:18,24 40:1 41:19 45:18,23 46:1,9,16 48:24

**received** 39:7

**receiving** 11:8

**recent** 7:12

**recently** 46:11

**recollection** 22:22 46:21

**record** 4:14 47:15 50:1

**recorded** 16:25 17:2,4,7

**recruiting** 33:14

**refer** 14:6

**reference** 43:11 48:21

**referenced** 48:19

**Referred** 32:20

**refresh** 38:21

**remand** 41:1

**remember** 8:17 11:4,11,14 15:6 17:6,19 18:12 19:2,24 20:18,20 21:22 25:3,18,20 26:19 27:6,7,9 30:13,16 36:24 39:7 40:4,22 46:19,25 47:17,20

**removed** 21:23 22:2 27:22 29:15 30:10 33:22,25 39:24

**rendered** 29:22

**rendering** 27:18

**repeat** 6:25 24:7

**repeated** 26:11

**report** 7:7,8 11:24 13:17 14:6 17:20 18:1,2,15 19:2,12 21:14,25 22:2 23:8 25:7 30:12 31:19 35:13, 23 36:7,13,17,18 37:11,13,16,21 39:4,12,16,17 40:19 46:22 47:5

**report-writing** 39:23

**reporter** 4:1 6:3 50:2

**reporting** 12:12 25:16 40:3,20

**reports** 16:18 18:9,10 22:21,25 23:6 24:25 25:4,9,25 26:5 32:2 36:14 37:15 38:5,12,25 40:9,17, 24 41:5,7,10

**represent** 5:22

**responded** 14:5

**response** 39:8

**retarded** 45:23

**retire** 9:13

**retired** 5:16

**review** 10:14,20,21,22 12:18,21, 25 13:9,15,21 15:2,6,8,9,24 16:9, 14,16,22 17:9,15 18:7 19:4,10 22:9,12,24 24:13,14,20,23 26:9, 18 28:5 31:5,7 32:8,9,24 33:1 37:3,12,20 41:16 46:25 49:14,18

**reviewed** 18:15,17,22

**reviewing** 18:25

**Richardson** 4:2

**right** 5:20 12:10 16:4 17:5 19:2, 20,23 20:4 25:20 26:23 30:5,18 31:18 32:5,12,14 36:5 37:5 38:6 39:8 40:6,14,22 42:14,16

**room** 17:13,18,22,24 18:7,11 19:16,21,23 20:4 26:23 27:1,3 29:8,24 30:5 31:22,24 32:4 48:24

**roommate** 11:8 31:20,25 39:23

**roommate's** 11:24

**roommates** 31:16 32:1,3 46:22

**Rucker** 19:10 31:24 38:4,17 40:10

**Rucker's** 18:1 23:8

**run** 42:8

**running** 46:17

_____

**S**

_____

**safely** 34:12

**said** 14:1,11 17:4 19:24 20:1,6,8 25:6,7,14,18 27:6 28:8 32:16 33:10,12,21 34:10 35:10 36:25 39:18 43:5 48:7 49:20

**same** 15:25 23:20 25:6 26:11 28:14 29:3 31:3 32:13

**sat** 18:5

**say** 6:1 10:14 18:10 23:13 30:19, 23 32:22 33:20 37:10 38:7 39:17 40:7,19 41:21 44:15 45:1 46:6,20 47:19

**saying** 6:2 11:15 14:12,15 25:3 26:20

**says** 35:22 36:17 38:4 40:19

**scale** 42:21

**scored** 23:20

**screaming** 44:3

**screen** 35:19 37:23

**second** 36:3

**second-guessed** 28:1

**see** 22:11 36:21 38:1,4 44:8 48:10

**seeing** 38:18

**seen** 14:23 44:4 47:6

**senior** 16:12

**sent** 47:18,21

**sentence** 40:24

**September** 4:4 9:14

**served** 11:5 43:15 44:5

**Sets** 31:2

**several** 39:23

**severance** 9:14

**severe** 27:10,21

**shaking** 6:2

**share** 27:23 37:23

**shared** 17:18

**she** 6:4

**sheepishly** 32:19

**sheriff** 46:17

**Sheriff's** 10:4 33:3

**shift** 11:5

**shoot** 45:16

**shooter** 8:10

**shooting** 45:9,10,11

**short** 6:17

**shortcut** 12:1 13:20 14:2,8,11

**shorten** 11:21

**should** 21:14,18,23,24 22:1 27:4, 10,11,13,21 28:7,8 29:15 41:7 43:23 46:1

**shouldn't** 42:19

**sign** 36:5 49:14,20,25

**signature** 36:3

**similar** 13:4 42:11

**simple** 20:11

**since** 5:16 20:6 34:10 35:18 41:23 42:3

**sinister** 21:2

**sir** 6:10 7:24 12:19 14:25 15:7 24:18 29:2,5,16,25 30:2,4,6,15 31:9 34:21 35:15 36:4,16 40:8

**sit** 17:12 30:19

**sitting** 7:15

**situation** 17:2,17 34:4 46:15

**six** 10:1 34:17

**slicing** 45:18,19

**slowed** 32:18

**so** 5:6,8,16,20 6:6,20,21 10:13 13:9,21 14:10,12,21 16:22 17:8, 17,24 18:14 19:8,14,20 20:4,12 21:4,7 22:3 24:25 25:6,13,14 26:17 28:5 29:13,17 32:2 33:16 34:3 35:13,18 36:14,20 37:23 38:3,4,5,12,23 39:4,12,16,21 40:7,12,14,15 41:3 42:10 44:2,18 47:17,23

**sole** 34:24

**solid** 21:12

**some** 10:8 26:22 27:17 28:13 44:18 48:19 49:2,5

**somebody** 14:4,13 37:16

**someone** 16:11 19:19 21:4,18 23:16 34:14,18 43:9 45:19 48:1, 13 49:9

**something** 10:21 21:24 37:15,19 40:7 42:11 43:9 45:14,20 46:4

**sometime** 8:11

**sometimes** 43:24 49:5

**son** 10:3 32:24 33:2,9,13,18,23 46:13,15

**soon** 34:1

**sorry** 7:19 21:10 22:13 23:13 24:7,21 28:15 31:9 32:20 34:21 43:3 47:8,19

**sounds** 30:18,21 36:21

**Southern** 4:8

**specialist** 8:4

**specific** 33:1

**specifically** 26:19

**spot** 42:16

**Spratt** 31:12,15,17,20 32:1,6

**Sproles** 4:6 5:22 8:22 10:13,17, 19,20 11:20,21,24 12:12 13:5,11, 12,14,16 14:6 25:7 32:1,15 39:22 40:9,16 46:16

**Sproles'** 11:8 38:5

**Square** 4:3

**staff** 10:14

**Stahl** 11:9,10 12:7,11 24:3 25:3, 7,14,18,24 32:1,2 38:17 39:18,22, 25 40:1,3,7,9,16,18,19,20 41:2 46:20

**Stahls'** 23:9

**stand** 41:21 42:10 44:25

**standard** 31:2,3

**Standing** 32:17

**start** 16:14,16 17:9 24:8

**started** 15:2 46:9

**starts** 16:22

**state** 4:24 5:23 47:24

**stated** 14:7 25:9,11 39:22 40:9, 16

**statement** 30:17 31:14 47:1

**statements** 7:11 18:22 38:10,16 41:14 48:20

**States** 4:8 10:2

**stayed** 9:17

**sterile** 43:18

**Stewart** 4:2

**still** 8:14,24 9:5,6,7 21:14 39:13

**stop** 45:21

**stops** 8:9,10

**strategies** 8:9

**street** 44:8

**streets** 43:16

**stress** 43:11 44:2,10,13,22 45:2

**stressful** 43:17

**student** 13:11,13 16:17,20,23 17:14 20:15 22:23 26:14 35:7 40:20 43:5

**student's** 13:14,16 16:9 23:20

**students** 28:21 34:10 35:4,7 42:4 45:8 46:1,7

**students'** 38:5

**subdued** 9:11

**subheadings** 28:21,25 29:3

**subsequent** 34:4

**sued** 33:10 34:13,15,18

**suggested** 30:10

**Suite** 4:3

**supplementary** 35:22 36:17

**sure** 6:4,5 8:12 16:15 17:12,23 20:6 25:5,8 30:19,25 32:11 37:10, 15,18 38:3 41:9 43:19 44:4 47:12 48:23 49:15

**survived** 34:15

**surviving** 34:17

**sworn** 4:20

---

**T**

**tactics** 8:10

**take** 6:11,14,16 12:1 20:22 27:16, 20 39:16 40:17 49:4,21

**taken** 5:3,15 12:12,15 17:20 25:9

**taking** 13:19

**talk** 7:13 15:2 19:10 22:24 32:24 33:2 35:4,7

**talked** 7:18 19:9 33:18 41:23

**talking** 19:13 34:6 45:20

**taught** 28:23

**teach** 8:6

**tell** 8:20 13:10 22:17 33:11 48:23 49:7,8

**telling** 46:1

**testified** 4:20 5:10

**testimony** 13:19 37:7

**than** 15:16,17,18,20 22:21 27:15 29:21 38:25 44:18 48:7

**Thank** 49:24

**that** 5:12,25 6:3,4,11,12,15,16 8:3,10,13,15 9:5,9,17,22,25 10:1, 3,11,25 11:4,12,15,18,20 12:6,11, 12 13:5,11,12,14,18 14:1,4,5,12, 13,15,20,23 15:4,6,12,13,16,25 16:3,6,15,22,24 17:2,11,20,22 18:1,8,9,15,18,21,23 19:4,19,20 20:3,22 21:13,21 22:3,5,16,18 23:6,13,17,22,23,25 24:2,7,9 25:2,4,5,8,16,18 26:3,10,14,17, 20,21,25 27:9,16,17,20,23 28:19,

20,23,25 29:3,6,9,17,23 30:13,17, 18,21,23 31:12,19,23 32:5,6,12, 13,14 33:1,6,16,21 34:2,8,10,12, 13,17,19 35:10 36:18,21,22,24 37:6,9 38:1,7,15,16 39:8,15,16, 17,18,20,24 40:1,4,7,11,14,18 41:2,7,11,23 42:9,12,20,25 43:2, 8,9,14 44:1,5,10,11,21,22 45:2, 21,24 46:5,7,12,14,16,19 47:1,4, 8,17,19,20,23 48:6,7,8,21 49:5, 10,21

**that's** 12:6,17 13:6 14:19 16:11, 21 20:3 23:5 25:12 33:15 34:19 36:19 38:3,10 39:18 43:22 44:20 45:4,22

**the** 4:1,4,6,8,10,11,14,19 5:6,22 6:3,7,8,12,20,24 7:7,10,17,19 8:1, 9,13,16,25 9:2,8,11,18,22,23 10:1,3,13,15,17,20 11:2,5,6,16,19 12:7,18,21,24,25 13:9,13,14,15, 16,21 14:17,21,23,24 15:1,2,5,6, 25 16:16,17,18,20,22,23 17:8,9, 13,14,18,19,22,24 18:5,7,11,12, 17 19:4,9,10,15,21,23 20:4,7,12, 15,16,23 21:1,3,14,24,25 22:2,9, 11,19,21,23,24,25 23:8,13,20 24:5,9,10,12,13,14,19,20,22,23, 25 25:1,2,3,4,6,9,12,14,24 26:3,5, 9,11,17,22 27:1,3,5,7,11,13,18, 22,23 28:2,5,6,13,17,20,21 29:1, 3,4,8,13,16,24 30:2,3,5,9,10,25 31:3,4,7 32:4,8,9,13,17,24 33:3, 13,22 34:17,18,25 35:2,4,19,22 36:2,3,17,18,22 37:3,7,9,12,20 38:5,8,9,10,15 39:4,12,25 40:3,6, 9,17,22,24 41:5,7,10,16,17,24,25 42:16,18,21 43:2,5,15 44:6,7,16, 19,20,21 45:8,15 46:21,25 47:5,6, 8,11,15 48:1,6,10,13,19,20,24 49:1,7,13,14,15,17,18,21,23 50:1, 2,6

**their** 20:16 26:8 34:12 35:1 38:12,14,24 42:19,24 44:16 48:2

**them** 11:25 12:9,12,15,17 13:1,3 16:19,21 20:14 28:18 31:3 34:11, 24,25 38:18,20 39:2,25 41:1 42:5, 19,23 43:18 44:7 48:23 49:7,8

**themselves** 4:13 43:21 46:2,8

**then** 6:14,16 8:11,17 12:18 17:13 19:14 25:14 26:22 30:5 32:19 37:23 39:16,21,22 40:13,24 41:4, 10 42:3 43:8 49:20

**there** 6:23 7:4,15 8:24 10:22,25 11:11 15:5 18:4,6,24 20:15 22:21 27:24 28:13 32:3 33:6,13 42:16 43:3 49:3,6

**there's** 6:15 7:1 17:11 20:19 28:3 31:22,24 43:25 47:12 48:24

**these** 12:2 28:16 34:10 43:1

**they** 5:8 9:6,7,12 10:14 22:23 23:1 25:3,5,6,15 27:7 28:18 29:4 34:12 42:13,19,23 43:6,7,9,19,23 44:8,9 46:1,4 48:23 49:5

**they'd** 43:8

**they'll** 44:8

**they're** 31:2 42:15 43:20 45:20 47:21

**thing** 28:14 34:10 35:1

**things** 10:15,24 11:21 12:2 32:18 44:4 49:3

**think** 10:22 11:9 17:7 19:8 21:12, 25 23:8 25:5,7 27:4,11 28:8 29:13 30:11,23 40:14,15 41:3,13 45:21

**thinking** 27:9 28:13

**this** 4:6 5:21 6:6 7:14,16 8:21 9:14,17 12:20 13:11 14:16 20:2,8, 9 25:22,23 26:15 28:4,15 34:24 36:5,7,8,10,12,17,18,22 37:5,25 38:4 39:8 41:23 43:4,17,18,22 45:12,21 48:24

**those** 5:25 7:11 10:15 15:24 16:1 18:25 25:4 28:25 38:5 49:3

**though** 14:12 32:5 38:18

**thought** 19:18 27:21 28:6 31:24

**three** 31:22,24 39:2

**throat** 45:18,19

**through** 20:5 39:21 46:11

**throw** 28:8

**til** 9:17

**time** 4:4 8:3 11:18 12:6 15:13 18:8,18,21,23 19:21 25:14 27:17 33:9 34:11 37:1 40:12 41:20 42:18 43:24 44:12

**times** 5:14,19 26:12 27:19 44:11

**to** 6:11,14,23,24,25 7:4,6,13,14, 18,20,21 8:20 9:5,7,18,22,25

10:1,13 11:5,10,14,16,21 12:1,20 13:7,18,19,25 14:6,7,8,16 15:1,2, 5,24 16:3,6 17:1,11,12,16 18:5 19:8,10,13 20:9,16,23,25 21:3,4, 7,19 22:8,11,14,16,17,19,22,24 23:17 24:12,19,22 25:16,22 26:22 27:1,16,20,25 28:21 29:11 30:12, 16,17,18,23,24 31:3,22,24 32:20 33:2,18 34:1,10,19,25 35:1,2,4,7, 18,22 36:10,11,23 37:5,6,9,10,12, 16,18,20,21,23 38:2,3,4,7,20,21 39:2,8,16,21 40:4,10,17,20,25 41:1,4,15 42:4,5,13,15,20 43:6,7, 8,11,17,19,20,24 44:7,8,21,25 45:8,18 46:7,20,21,22 47:1,11,12, 18,23 48:20,22 49:7,8,9,13,18,23 50:2

**today** 5:21,24 6:19,24 7:13 35:16 48:7

**Today's** 4:4

**together** 33:15

**told** 20:22 21:13 23:3,19,23 25:21 26:14,17,21 30:12,14,16 31:12 34:4 38:2 43:7 46:22

**Tom** 4:15 5:21

**too** 28:2 32:3 35:3 44:18 45:22

**took** 8:11 12:21,25 14:1 18:1,2,4

**top** 20:23,25 35:22 36:17

**touched** 24:25

**training** 8:4 34:24

**transcript** 49:14,18,22 50:3

**treated** 31:4

**truck** 41:22 45:1

**try** 27:20 41:4 43:17,20

**trying** 33:2

**turn** 45:20 47:8

**turned** 40:25

**turning** 44:6

**two** 8:15 12:4 23:1 33:15 35:25

---

**U**

**Uh-huh** 35:24 38:13,22

**unanimous** 29:11

**under** 30:2

**understand** 6:7 10:12 16:15 17:2 32:4 36:12 43:17,19,22 44:9 45:6

**understanding** 11:18 12:7 13:10,11,16,22 17:25 23:10 25:24 26:5 47:24

**understood** 6:12 12:11,17

**unfortunately** 34:19

**uniform** 9:11

**United** 4:8 10:1

**unless** 39:5,6 43:15

**unspoken** 37:11

**until** 13:7 19:4 32:5 36:23

**unwritten** 44:15

**up** 6:7 9:7 11:16,21 15:5 21:18 24:13,16,20,23 35:19 41:21 42:10,21,25 43:20 44:6,25

**upper** 28:2

**upstairs** 9:23

**us** 6:19 13:19 20:22 22:17 24:16 38:16

**use** 14:4,13 18:3 21:3 28:22 34:8

**used** 11:25 12:17 13:16,23 14:4 17:21 18:2 20:23 28:20 45:24 47:4

**uses** 48:1

**using** 14:8,11 23:16 34:6 48:13

**usually** 20:19 48:23

**utilities** 9:8

V

**various** 5:7 8:5

**verbally** 42:18

**very** 5:19 13:4 14:19 21:12 27:21 29:8 34:11 42:8

**via** 4:12

**video** 24:9,12,19,23 47:5,6

**videoconference** 4:12

**violation** 23:18 27:8

**virtually** 6:6

**voice** 26:8

**voicemail** 47:12

**volume** 44:6

W

**wait** 8:15 21:7 36:23 39:14

**waive** 49:21

**walk** 20:4

**walked** 17:10 18:7 19:15,23 32:18

**walks** 16:17 20:4

**want** 9:5 17:1,16 27:25 35:1 37:18

**wanted** 39:2

**was** 4:20 5:19 8:3,9,10,13,14,15, 21,24,25 9:7,11,14 10:22,23 11:4, 7,9,11,19,20 12:2,11,12 13:9,10, 19 14:1,4,7,8,11,12,15,24 15:12 16:6,11,13,24 17:2,7,18,22,23,24 18:11,12,24 19:18,24 20:7,12,20, 25 21:3,9,11,14,22 22:3,8,14,19, 21 23:3,5,6,8,19,23 24:2,4,9,10 25:4,10,16,20 26:3,11,14,16,17 27:8,9,19,21,24 28:15 29:6,8,11, 13,15,17,24 30:9,11,13 31:4,8,12, 20,24 32:8,12,14,16 33:21 34:1,3, 8,13 35:5,11 36:25 39:5,6 40:3,6, 7,9,11,22,25 41:24 42:11 44:19, 21,25 45:6,14 47:1,15,25 48:21 49:2 50:1

**wasn't** 16:25 18:4 19:4 24:2 25:8

**watch** 24:12,19,22

**watching** 24:4,9

**Water** 30:2

**way** 6:9 21:3 34:8 48:6

**we** 5:22 6:6,11,16 9:4 13:6,7 15:13 16:18,20 17:12,13,14 19:9 21:15 22:16,25 26:10 27:4,13,17 28:1,8 36:11 37:8 43:17,20 44:1 46:12,14,19 47:20

**we'd** 47:23

**We'll** 49:25

**we're** 11:15 17:13 20:8 25:22

39:16,21 42:20

**we've** 11:15 41:13

**weeks** 39:14

**well** 8:3 39:21 46:6

**went** 9:23 11:10 22:25

**were** 7:23 8:24 9:4,7,12,19 10:25 11:10 12:18 15:1,25 22:5 23:1 24:25 25:3,5,6,14,15 26:6 27:7, 17,18 28:1,3,13,21,25 29:4 32:1,8 33:8,16 34:4 38:15 39:12 40:24 42:13 46:22

**weren't** 9:6 20:2

**what** 5:1,5 8:21 10:18 11:7,19 12:11,17 13:22,25 16:6,14 17:17, 24 19:2,18,24 20:5,16,20,21 21:9, 11,15,18,22 22:24 23:10,16 25:1 27:3,4,6,9,11 28:6 29:21 30:7,8,9, 10,18 32:9,16,17 33:20 34:19 35:4 37:8 38:2,23 39:7,19 42:17, 23 43:5,14,19,23 44:2,7,9 45:3,6 46:19 47:25 48:7,8

**what's** 8:2 10:6 23:10 31:23

**whatever** 17:15

**when** 7:19 8:12 9:7,13 11:10 12:2,20 15:1,2 16:12,16,17,18,22 17:9,10,12 18:10 19:23 22:16 25:16,24 26:25 27:1 28:17 30:14 32:12 33:25 39:12 41:20 46:9 48:1

**where** 6:19 7:25 9:21 14:23 20:12 36:21 39:25 45:8

**whether** 19:14 20:25 24:25

**which** 7:8 8:8 21:15 38:18 44:4

**while** 21:14 29:23

**who** 9:2 18:10,12 25:11 29:6,17 31:15 32:14 33:21 38:14 49:7

**whoever** 18:11 38:15

**why** 13:6 17:13 20:8,9 21:7,8 36:7,23 37:16 48:5

**will** 4:13 5:21 6:3,11 16:18 23:18 37:25 43:22 44:8,9,17

**wish** 17:6

**with** 4:14 5:20 7:13 9:25 10:1 17:1,8 25:20,22 27:23 28:12 29:6, 8,9,17 32:14,24 33:2,9 35:14,16 36:22 46:10,16 47:9,13

**without** 12:12 48:2

**witness** 4:19 7:17,19 18:22 23:13 31:14 38:9,16 47:8,11 48:13 49:15,23

**witnesses** 22:23

**word** 14:4,5,13 44:15 45:24

**words** 13:18 14:1 20:9 25:12

**work** 5:21 12:1 14:9 19:19 20:24 21:4,8,16 23:17 47:2 48:1,14 49:8,9

**worked** 5:6 9:16,23 43:15

**working** 9:19

**works** 10:3

**would** 5:6,8,12,16 8:15 9:2,17,18 10:18 15:13,14 18:5,9,15,17,22, 24 19:1,12 20:7 22:16,17 25:11 26:20 29:22 30:21,23 31:13 36:25 37:14 38:16,24 39:4 42:11,17 43:5 44:2,21,22 45:1,8,9 47:11 49:3,13,18 50:2

**wouldn't** 6:23 29:21 44:15,24

**write** 36:7,10,13,23 37:5,13

**write-up** 42:24 43:2

**writing** 10:14 11:24 12:7,24 14:17,24 18:17 23:19,20 24:10 28:17 36:2 38:5,10,11

**written** 18:22 19:4 36:14 37:20 47:20

**wrong** 13:10 14:7 43:10 47:13

**wrote** 35:21 36:18 39:17

---

**Y**

---

**yeah** 18:24 19:6,8,9 20:22 21:23 27:21 36:21 38:2 42:7 45:11 46:21 49:23 50:4,5

**year** 9:14

**years** 8:14,15 9:18,22,24,25 10:1 11:4 12:4 16:25 23:2 34:17

**Yelling** 44:3

**yes** 5:4,9,11,13 6:1,10,13,22 7:24 8:7,24 9:20 10:5,11,16 11:20 12:19 13:1 14:3 15:19 16:2,23 17:23 18:16,24 19:17 25:16 26:24 29:16 30:6 31:21 33:24 35:15,24

36:1,4,6,11,16,19 38:2 40:8 41:9, 12 42:1 43:13 45:13,24 46:3 47:14,22 49:17

**yesterday** 7:18 28:15,16

**you** 4:14,24 5:3,10,14,20 6:1,6, 11,12,14,19,23,25 7:2,6,10,11,13, 19,20,21,23 8:6,18,20 9:2,13,16, 19 10:3,8,18,20,21,22,25 11:10, 18 12:2,6,18,20,21,24 13:2,5,15, 22,25 14:1,17,21,23 15:1,2,6,8,11 16:9,15 17:4,16,17 18:7,10,15,17, 22,25 19:10,14,20,23 20:1,6,8,18, 20,25 21:2,5,17,22 22:5,8,11,14 23:12,15,18,19,23 24:4,12,19,22, 25 25:1,6,14,18,24 26:5,17,25 27:6,11,23 28:5,6,12,17,20,25 29:3,6,13,17,23 30:3,13,16,18,23 31:4,7,12 32:5,8,22,24 33:2,6,8, 16,25 34:3,20,22 35:4,7,10,13,14, 16,18 36:5,7,10,12,14,18,23 37:2, 5,7,12,13,16,20 38:1,2,4,8,23 39:7,12,17,19 40:1,7,10,14,18 41:2,4,7,10,14,20,25 42:4,11,17 43:3,5,21 44:22 45:1,8,11,12,16, 18,23 46:1,4,5,9,16,19,20,22,25 47:4,11,17,18,20,23 48:8,9,19,20, 21 49:13,18,19,21,24 50:2

**you'll** 5:24 49:17

**you're** 6:21 31:20 36:12,21

**you've** 36:15 43:15 44:4,5

**your** 4:24 5:1,3,14 6:2,3,23 7:4,6 8:2 13:9,10 14:12 15:24 17:24 19:18 23:10,17 25:19 32:24 33:2, 23 34:22 35:13,22 36:3 37:13,21 39:13,16,17,18 42:4 45:18,19 47:24,25 48:20

**yours** 37:17

**yourself** 6:25 7:20 12:24 21:6 39:19 40:11,14 45:9,10,11,17 46:6

---

**Z**

---

**zero** 21:25

**zoom** 4:12 6:6 38:1