UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK EVAN SPROLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00431-TWP-KMB |
| | ) |
| MARK BRIDGE In his individual and official capacities, | ) |
| THOMAS LAHAY In his individual and official capacities, | ) |
| RANDY ASPENSON In his individual and official capacities, | ) |
| ERIC MCELHANEY In his individual and official capacities, | ) |
| BRENT STOELTING In his individual and official capacities, | ) |
| NICK POLLARO In his individual and official capacities, | ) |
| LANCE BURRIS In his individual and official capacities, | ) |
| MICHAEL BROWN In his individual and official capacities, | ) |
| TIMOTHY HORTY In his official capacity, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

All claims having now been resolved in this action, the Court now enters **FINAL JUDGMENT**. Following dismissal of one claim under 42 U.S.C. § 1983 and summary judgment on a second claim under 42 U.S.C. § 1983, judgment is entered in favor of Defendants Mark Bridge, Thomas Lahay, Randy Aspenson, Eric McElhaney, Brent Stoelting, Nick Pollaro, Lance Burris, and Michael Brown in their individual and official capacities, and Timothy Horty in his official capacity.

The case is **dismissed with prejudice** and the action is **TERMINATED**.

Dated: 9/24/2025

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Thomas S. Bowman
ALLEN WELLMAN MCNEW HARVEY LLP
tsb@awmh.net

Katherine A Meltzer
Office of Indiana Attorney General
katherine.meltzer@atg.in.gov

Adrienne Nicole Pope
INDIANA ATTORNEY GENERAL
adrienne.pope@atg.in.gov

Thomas Pratt
Office of Indiana Attorney General
Thomas.Pratt@atg.in.gov

Erica Lee Sawyer
INDIANA ATTORNEY GENERAL
Erica.Sawyer@atg.in.gov

James Michael Sedam
Metzger Rosta
jimmy@metzgerrosta.com

Dawn Elizabeth Wellman
ALLEN WELLMAN MCNEW
dew@awmlaw.com